AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. \_\_\_05-854\_\_\_

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_1\_\_\_ COPIES OF AO FORM 85.

\_\_\_Dec 12 2005\_\_\_  \_\_\_\[signature]\_\_\_
(Date forms issued)   (Signature of Party or their Representative)

\_\_\_AARON Johnston\_\_\_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action