IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No._____ |

### PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiffs state that plaintiff Boehringer Ingelheim International GmbH indirectly owns all of the stock of plaintiff Boehringer Ingelheim Pharmaceuticals, Inc. and that no publicly traded corporation owns more than 10% of the stock of Boehringer Ingelheim International GmbH.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Jack B. Blumenfeld*
                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      1201 North Market Street
                                      P. O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                          Attorneys for Plaintiffs
                                          Boehringer Ingelheim International GmbH
                                          and Boehringer Ingelheim Pharmaceuticals,
                                          Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Sandy Choi
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700


December 12, 2005