# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

December 27, 2005

BY ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

   Re: Boehringer Ingelheim v. Barr; C.A. No. 05-700 (KAJ)
     Boehringer Ingelheim v. Mylan; C.A. No. 05-854 (KAJ)

Dear Judge Jordan:

  We represent the plaintiffs in these actions, both of which involve allegations of infringement of U.S. Patent No. 4,886,812 as a result of applications to the FDA to market generic versions of plaintiffs' Mirapex® product. Your Honor's December 20, 2005 Order set a scheduling conference for January 10, 2006 in the Barr case, C.A. No. 05-700-KAJ. After plaintiffs filed that case, they received notice of a subsequent paragraph IV certification from Mylan. On December 12, 2005, plaintiffs filed the Mylan case, C.A. No. 05-854-KAJ. Mylan's Answer is due on January 4, 2006.

  Before we had received Your Honor's Order, we had raised with Barr's counsel the subject of coordination of the two actions and had scheduled a conference call for next week. We expect to discuss coordination with Mylan's counsel as well. Under the circumstances, plaintiffs believe that it would make sense to have one scheduling conference in both cases. Accordingly, we request either that the January 10 scheduling conference include both cases or, if Mylan needs additional time to prepare, that a scheduling conference be set in both cases for a later date.

                Respectfully,

                /s/ *Jack B. Blumenfeld (#1014)*

                Jack B. Blumenfeld

The Honorable Kent A. Jordan
December 27, 2005
Page 2

JBB/bls

cc: Peter T. Dalleo, Clerk (By Hand)
    Josy W. Ingersoll, Esquire (By Hand)
    Glenn J. Pfadenhauer, Esquire (By Fax)
    Shannon M. Bloodworth, Esquire (By Fax)
    Steven C. Cherny, Esquire (By Fax)