IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | Civil Action No.: 05-0854 (KAJ) |

### DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mylan Pharmaceuticals Inc. states that it is wholly owned by Mylan Laboratories Inc. Mylan Laboratories Inc is a publicly held corporation and that no parent corporation or publicly held corporation owns more than 10 percent of its stock.

MORRIS, JAMES, HITCHENS
& WILLIAMS LLP

*/s/ Mary B. Matterer*
Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960
Attorneys for Defendant and
Counterclaim Plaintiff
Mylan Pharmaceuticals Inc.

Dated: January 4, 2006

## CERTIFICATE OF SERVICE

I caused a true and correct copy of the foregoing documents to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filings to the following:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Steven C. Cherny, Esquire
>Latham & Watkins LLP
>885 Third Avenue, Suite 1000
>New York, NY 10022-4834

>Kenneth G. Schuler, Esquire
>Latham & Watkins LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960
*Attorneys for Defendant and Counterclaim Plaintiff*
*Mylan Pharmaceuticals Inc.*