IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br> Counterclaim Defendants, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and <br> Counterclaim Plaintiff. | Civil Action No.: 05-0854 (KAJ) |

**MYLAN PHARMACEUTICALS INC.'S MOTION TO STRIKE PLAINTIFFS' ALLEGATIONS CONCERNING WILLFUL INFRINGEMENT AND TO BAR ALL DISCOVERY RELATING THERETO**

Pursuant to Federal Rule of Civil Procedure 12(f), defendant Mylan Pharmaceuticals Inc. ("Mylan") respectfully moves this Court to strike the allegations concerning willful infringement raised by Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc. ("Plaintiffs"), in paragraph 17 of the Complaint (D.I. 1) and to bar all discovery relating thereto. The grounds for this Motion are fully set forth in the accompanying brief. A form of Order granting Mylan's motion is attached hereto.

DATED: January 4, 2006

Respectfully submitted,

**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**

By /s/ Mary Matterer
Mary B. Matterer (#2696)
*Attorney for Defendant and Counterclaim Plaintiff*
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960

OF COUNSEL:
David J. Harth
David L. Anstaett
Melody K. Glazer
**HELLER EHRMAN LLP**
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

Shannon M. Bloodworth
**HELLER EHRMAN LLP**
1717 Rhode Island Ave., NW
Washington, DC 20036
(202) 912-2000

Dated: January 4, 2006

## **RULE 7.1.1 CERTIFICATE**

The undersigned certifies that movants have made reasonable efforts to reach an agreement with opposing counsel on the matters set forth in this Motion.

_____
Mary B. Matterer (#2696)

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br> Counterclaim Defendants, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and <br> Counterclaim Plaintiff. | Civil Action No.: 05-0854 (KAJ) |

## ORDER

Upon consideration of Defendant Mylan Pharmaceuticals Inc.'s Motion to Strike, IT IS HEREBY ORDERED on this ___ day of _____ that

(i) Defendant's Motion to Strike is GRANTED; and

(ii) Plaintiffs' allegations concerning willful infringement in paragraph 17 and of the Complaint (D.I. 1) are hereby STRICKEN.

(iii) Plaintiffs are barred from taking discovery related to its allegations of willfulness.

The Honorable Kent A. Jordan<br>
United States District Judge

## CERTIFICATE OF SERVICE

I caused a true and correct copy of the foregoing documents to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filings to the following:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Steven C. Cherny, Esquire
>Latham & Watkins LLP
>885 Third Avenue, Suite 1000
>New York, NY 10022-4834

>Kenneth G. Schuler, Esquire
>Latham & Watkins LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Mary Matterer
Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960
*Attorneys for Defendant and Counterclaim Plaintiff Mylan Pharmaceuticals Inc.*