IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No.: 05-0854 (KAJ) |

**DECLARATION OF SHANNON M. BLOODWORTH, ESQ. IN SUPPORT OF MYLAN PHARMACEUTICALS INC.'S MOTION TO STRIKE PLAINTIFFS' ALLEGATIONS CONCERNING WILLFUL INFRINGEMENT
AND TO BAR ALL DISCOVERY RELATING THERETO**

I, Shannon M. Bloodworth, declare as follows:

1. I am an associate with the law firm of Heller Ehrman LLP, 1717 Rhode Island Avenue, N.W., Washington, D.C. 20036, attorneys for Defendant and Counterclaim Plaintiff, Mylan Pharmaceuticals Inc. ("Mylan"). I make this declaration based on my personal knowledge and in support of Mylan's Brief in Support of its Motion to Strike Plaintiffs' Allegations Concerning Willful Infringement and to Bar All Discover Related Thereto.

2. Attached as Exhibit A is a true and correct copy of the transcript of the referenced hearing transcript in *TorPharm, Inc. v. FDA*, No. 03-2401 (D.D.C. Jan. 2, 2004) (J. Roberts).

3. Attached as Exhibit B is a true and correct copy of the Amended Complaint filed by Plaintiffs in *Boehringer Ingelheim International GmbH v. Barr Pharmaceuticals Inc.*, 05-CV-0700 (D.Del.) (KAJ) (D.I. 7).

3.  Attached as Exhibit C is a true and correct copy of the slip opinion in *Allergan, Inc. v. Alcon, Inc.*, No. 04-968 (GMS) (D. Del. July 26, 2005).

4.  Attached as Exhibit D is a true and correct copy of the referenced hearing transcript in *Ortho-McNeil Pharmaceutical, Inc. v. Mylan Laboratories Inc.*, No. 3:04-1689 (D.N.J. Apr. 18, 2005) (J. Chesler).

I declare under penalty that the foregoing is true and correct.

Executed within the United States on January 4, 2006.

*Shannon M. Bloodworth* (signature)

Shannon M. Bloodworth