IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-854-KAJ |

## NOTICE OF SERVICE

I, Maryellen Noreika, hereby certify that copies of Plaintiff's First Set of Interrogatories to Mylan and Plaintiff's First Set of Requests for the Production of Documents and Things to Mylan were caused to be served on January 10, 2006, upon the following in the manner indicated

**BY HAND**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Maryellen Noreika (#3208)*

        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P. O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        mnoreika@mnat.com
          Attorneys for Plaintiffs
          Boehringer Ingelheim International GmbH and
          Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

January 10, 2006