IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　Defendant. | Civil Action No. 05-700-KAJ<br>CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>　　　　Defendant. | Civil Action No. 05-854-KAJ |

## ORDER OF CONSOLIDATION

At Wilmington this **31st** day of **January, 2006**,

IT IS ORDERED that, without prejudice to any parties' right to move for a separate trial, C.A. No. 05-700-KAJ and C.A. No. 05-854-KAJ are consolidated.

Hereafter all papers will be filed under C.A. No. 05-700-KAJ.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE