## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 05-0854 (KAJ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of David J. Harth, David L. Anstaett, Shannon M. Bloodworth and Melody K. Glazer of the law firm of Heller Ehrman LLP to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

                                        */s/ Mary B.Matterer*
                                        Mary B. Matterer (#2696)
                                        **MORRIS JAMES HITCHENS**
                                          **& WILLIAMS LLP**
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, DE 19801
                                        (302) 888-6960
                                        mmatterer@morrisjames.com

Dated:   February 2, 2006

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Wisconsin and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Date:  February _____, 2006          Signed: _____

David J. Harth, Esq.
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI  53703-5118
608.663.7460

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Date:  February _____, 2006

Signed: _____
David L. Anstaett, Esq.
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI  53703-5118
608.663.7460

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February _____, 2006

Signed: _____
Shannon M. Bloodworth, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
202.912.2000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February ___, 2006

Signed: _____
Melody K. Glazer, Esq.
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI 53703-5118
608.663.7460

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899

Additionally, I hereby certify that on the 2nd day of February, 2006, the foregoing document was served via email on the following non-registered participants:

> Steven C. Cherny, Esquire
> Latham & Watkins LLP
> 885 Third Avenue, Suite 1000
> New York, NY 10022-4834

> Kenneth G. Schuler, Esquire
> Latham & Watkins LLP
> Sears Tower, Suite 5800
> Chicago, IL 60606

> _/s/ Mary B. Matterer_
> Mary B. Matterer (#2696)
> **MORRIS, JAMES, HITCHENS & WILLIAMS LLP**
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801
> (302) 888-6960
> _Attorneys for Defendant and Counterclaim Plaintiff_
> _Mylan Pharmaceuticals Inc._

2