IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>          Plaintiffs,<br>          Counterclaim Defendants,<br><br>     v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>          Defendant and<br>          Counterclaim Plaintiff. | Civil Action No.: 05-0854 (KAJ) |

NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 9th day of February, 2006, copies of the following documents, **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO MYLAN and DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO MYLAN**, were served on counsel indicated via email:

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606

Dated: February 10, 2006

                    By    */s/ Mary B. Matterer*                  
                        Mary B. Matterer (#2696)
                        **MORRIS JAMES HITCHENS**
                        **& WILLIAMS LLP**
                        222 Delaware Avenue, 10th Floor
                        Wilmington, DE 19801
                        (302) 888-6960
                        mmatterer@morrisjames.com

                        *Attorney for Defendant and Counterclaim Plaintiff*

OF COUNSEL:
David J. Harth
David L. Anstaett
Melody K. Glazer
**HELLER EHRMAN LLP**
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

Shannon M. Bloodworth
**HELLER EHRMAN LLP**
1717 Rhode Island Ave., NW
Washington, DC 20036
(202) 912-2000


Dated: February 10, 2006

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Jack B. Blumenfeld, Esquire
>Maryellen Noreika, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE  19899

Additionally, I hereby certify that on the 10th day of February, 2006, the foregoing document was served via email on the following non-registered participants:

>Steven C. Cherny, Esquire
>Latham & Watkins LLP
>885 Third Avenue, Suite 1000
>New York, NY  10022-4834
>
>Kenneth G. Schuler, Esquire
>Latham & Watkins LLP
>Sears Tower, Suite 5800
>Chicago, IL  60606

>    */s/ Mary B. Matterer*
>Mary B. Matterer (#2696)
>**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801
>(302) 888-6960
>*Attorneys for Defendant and Counterclaim Plaintiff*
>*Mylan Pharmaceuticals Inc.*