IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant, | C.A. No. 05-0700 (***) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-0854 (***) |

**PLAINTIFFS' MOTION TO STRIKE
PORTIONS OF BARR'S EXPERT REPLY REPORTS**

Plaintiffs, Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc., (collectively "Boehringer") hereby move to strike the expert report of Isenbruck in its entirety, Section V of the Mailman expert report and paragraphs 4-16 of the Supplemental Anslyn expert report. The grounds for this motion are set forth in the accompanying brief.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P. O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        mnoreika@mnat.com
           *Attorneys for Plaintiffs*
           *Boehringer Ingelheim International GmbH*
           *and Boehringer Ingelheim*
           *Pharmaceuticals, Inc.*

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel S. Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

August 14, 2007
1210356

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I hereby certify, pursuant to D. Del. LR 7.1.1, that the subject of the foregoing motion has been discussed with counsel for Barr Laboratories, Inc. and that the parties have not been able to reach agreement thereon.

/s/ Maryellen Noreika
Maryellen Noreika (#3208)

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on August 14, 2007, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer
>Morris James LLP
>
>Adam Wyatt Poff
>Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Mary B. Matterer, Esquire<br>Morris James LLP<br>500 Delaware Avenue<br>Wilmington, DE 19801 | Adam Wyatt Poff, Esquire<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer, Esquire<br>Jessamyn S. Berniker, Esquire<br>Dov P. Grossman, Esquire<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005-5901 | Shannon M. Bloodworth, Esquire<br>Heller Ehrman LLP<br>1717 Rhode Island Ave., NW<br>Washington, DC 20036 |

David J. Harth, Esquire
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI 53703

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)