# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM         )
INTERNATIONAL GMBH and BOEHRINGER  )    C.A. No. 05-700 (***)
INGELHEIM PHARMACEUTICALS, INC.,    )
                    Plaintiffs,  )
  v.                   )
                          )
BARR LABORATORIES, INC.       )
                Defendant.  )

## EXPERT REPORT OF RICHARD B. MAILMAN, Ph.D.

### I.    Background and Qualifications

1.    I hold an appointment as tenured Professor in the Departments of Psychiatry, Pharmacology, and Neurology in the School of Medicine, and in the Division of Medicinal Chemistry and Natural Products in the School of Pharmacy at the University of North Carolina at Chapel Hill.

2.    I received a Ph.D. in Physiology with a minor in Toxicology in 1974 from North Carolina State University ("NCSU"), and received subsequent post-doctoral training from both NCSU and the University of North Carolina in toxicology, neuropharmacology, and neuroscience. I have been working in the field of neuropharmacology, neurotoxicology, and neuroscience for over 30 years.

3.    I have published more than 200 peer-reviewed research papers, chapters, and reviews, as well as two books. I have had funding for my research from the National Institutes of Health for nearly 30 years.

4.    I regularly teach courses in pharmacology, including to medical students, medical residents and fellows, and graduate students, as well as to students in the Pharmacy Doctorate

program. I also participate in higher-level teaching in neuroscience and drug discovery and development. In addition, I consult with physicians from time-to-time regarding the use of centrally-acting drugs.

5.     I have held positions such as Director of the Division of Basic Psychobiology in the Department of Psychiatry, and Associate Director of the Curriculum in Toxicology, and currently serve in several administrative positions.

6.     I have trained more than two dozen Ph.D.s and more than a dozen post-doctoral fellows in the fields of pharmacology, neuroscience, toxicology, and medicinal chemistry, and have mentored numerous young faculty members. Individuals that I have trained or mentored now include the Dean of a Big Ten Medical School, three Departmental Associate Chairs, as well as scientists having senior positions with several pharmaceutical companies.

7.     I have extensive experience in the discovery and early development of pharmaceuticals, including drug discovery and early preclinical drug development. I also have participated in later drug developmental activities including the design of human trials. One of the primary thrusts of my research has been drugs for dopamine receptors, the targets for drugs like Mirapex®. I have particular expertise in a class of drugs known as dopamine agonists, and how these drugs work in several central nervous system disorders including Parkinson's disease and schizophrenia. I have led a research program that provided new approaches for the treatment of Parkinson's disease.

8.     I am a Fellow of the American College of Neuropsychopharmacology, and a member of the American Society for Pharmacology and Experimental Therapeutics, the American Chemical Society, the Society for Neuroscience, the American Society of Neurochemistry, the International Society for Neurochemistry, the American Association for the

Advancement of Science, and the Society of Toxicology. I have served on several national committees for some of these professional societies.

9. I have won several scientific awards including the Burroughs-Wellcome Scholar in Toxicology Award from the Society of Toxicology.

10. Over the past 20 years, I have served as a consultant to several pharmaceutical companies regarding drug discovery and development issues.

11. I have served or am currently serving on the editorial boards of many journals including Current Opinion in Central and Peripheral Nervous System (CPNS) Drugs, the Journal of Molecular and Biochemical Toxicology, Neurotoxicology, Synapse, Neurochemistry International, Neurotoxicology and Teratology (Neurochemistry Field Editor), Fundamental and Applied Toxicology, Brain Research Bulletin, Psychopharmacology Bulletin (Associate Editor), and the Journal of Molecular Neurobiology. In addition, I am a regular reviewer for scientific and medical journals. For example, in the last twelve months I have reviewed manuscripts for the Journal of Pharmacology and Experimental Therapeutics, Molecular Pharmacology, the American Journal of Psychiatry, Neuropsychopharmacology, Neuroscience Letters, Brain Research, European Journal of Pharmacology, Expert Opinion in Investigational Drugs, Expert Opinion in Pharmacotherapy, FASEB Journal, Journal of Neurochemistry, Journal of Medicinal Chemistry, and Psychopharmacology, among others.

12. During the last four years, I have testified as an expert in the following case:

- *Eli Lilly Canada, Inc. v. Novopharm, Ltd.* (Canadian Federal Court File No. T-1532-05)

13. I am being compensated for my time at the rate of $500 per hour. My compensation is in no way dependent on the outcome of this case.

14. My curriculum vitae are attached as Exhibit A.

3

## II.    Mandate

15.    I have been asked to comment on and respond to issues raised by Dr. C. Warren Olanow's report, as well as to address issues related to experiments disclosed in the Eli Lilly U.S. Application Serial No. 747,748. In that regard, I will testify as an expert in the fields of neuroscience and neuropharmacology, including drug discovery and development and mechanisms of action of drugs in the central nervous system.

16.    In addition to the specific opinions set forth in this report, I may respond to additional testimony and information that becomes available during deposition, at trial, or otherwise, including any opinions put forth by Boehringer's experts. I also may use charts, graphs, or other demonstrative exhibits to support any potential testimony at trial, as well as provide further background information on principles of neuroscience and neuropharmacology, including drug discovery and development and mechanisms of action of drugs in the central nervous system.

17.    In forming my opinions, I have relied on the materials cited throughout this report and listed in Exhibit B, as well as my training and experience.

## III.    Definition of One of Ordinary Skill in the Art

18.    With respect to the issues I address in this report, a person of ordinary skill in the art as of the priority date[1] (the "skilled artisan") would have a Ph.D. in pharmacology, physiology, toxicology, or neuroscience, and/or an M.D. degree with post-graduate training in neurology, or equivalent training or experience. In addition, the skilled artisan would have some

_____

[1] I have been asked to assume that the relevant priority date is December 22, 1984, but my opinions would not change if December 19, 1985 were used as the priority date instead.

familiarity with, or an understanding of, the drug discovery and development process as it relates to neuroscience and/or neuropharmacology.[2]

## IV.    Dr. Olanow's Report

### A.    Mirapex® and Pramipexole

19.    Throughout his report, Dr. Olanow refers to pramipexole and Mirapex® interchangeably—a convention I adopt in this report as well—and associates the properties of the compound pramipexole, which is a free base, with the administration of Mirapex®, which contains pramipexole in the form of a dihydrochloride salt. That association is reflective of the skilled artisan's understanding, both as of the priority date and today, that the use of pramipexole to treat various conditions will involve the use and formation of both the free base and protonated forms of the compounds.

20.    The skilled artisan would understand, both as of the priority date and today, that regardless of whether one administers pramipexole as a method of treating a condition—for example, treating parkinsonism or Parkinson's disease, treating schizophrenia, lowering blood pressure, or lowering heart rate—or administers the acid addition salt of pramipexole as a method of treating that condition, a natural result of practicing those methods will be the formation of pramipexole in both protonated (both mono- and diprotonated) and unprotonated (free base) forms. The skilled artisan would possess this understanding based on the principle

---

[2] In my view, Dr. Olanow's definition of the person of ordinary skill in the art as "physicians and scientists" is too broad and does not accurately reflect the level of ordinary skill in the art. However, to the extent the training and experience of the skilled artisan is determined to be broader than the definition described in my report—for example, to also encompass scientists and physicians with substantial experience in the research or treatment of central nervous system disorders such as Parkinson's disease, restless leg syndrome, fibromyalgia, or depression—it would not change my opinions.

that weak acids and bases will be in dynamic equilibrium in biological systems and hence will be present in both protonated and unprotonated forms. That principle is reflected in the Henderson-Hasselbalch equation and analogous equations for diprotic acids, which can be used to calculate how much of a compound such as pramipexole will be protonated and how much will exist as pramipexole itself (a free base) at different pH levels. Indeed, the skilled artisan would possess the same understanding about the compounds used in at least claims 8, 9, 18, 19, 28, 29, 38, and 39 of the U.S. Patent No. 4,843,086 ("the '086 patent")—*i.e.*, that whether those compounds are administered in free base or acid addition salt form to treat a condition, a natural result of practicing those methods will be the formation of the compounds in both protonated (both mono- and diprotonated) and free base forms.

21.    Dr. Olanow's discussion is limited to the (S)-enantiomer of 2-amino-6-n-propylamino-4,5,6,7-tetrahydrobenzothiazole.[3] He does not discuss any properties of (R)-2-amino-6-n-propylamino-4,5,6,7-tetrahydrobenzothiazole (or an acid salt thereof) or any mixture of these two enantiomers, including the racemic mixture. I am not aware of any evidence demonstrating that (R)-2-amino-6-n-propylamino-4,5,6,7-tetrahydrobenzothiazole, or any acid salt thereof: (1) satisfied any long-felt need in the medical community; or (2) possesses any of the therapeutic properties discussed by Dr. Olanow.

**B.    Restless Leg Syndrome**

22.    To the extent that Dr. Olanow suggests that, as of the priority date, the skilled artisan would not expect that pramipexole could be used in the treatment of restless leg syndrome (also called "restless legs syndrome"), I disagree.

---

[3] Ex. 51; BARR 209410-12 (Merck Index, 14th edition, p. 7707).

23.     The skilled artisan would understand from claims of the '086 patent that pramipexole was a dopamine agonist. He would possess that understanding based on, among other things, the claimed methods of use and the structure of the compounds used in those methods.

24.     As of the priority date, it was known that dopamine agonists, the class of compounds to which pramipexole belongs, could be used in the treatment of restless leg syndrome. In a 1982 Letter to the Editor in the Archives of Neurology—a peer-reviewed publication of the American Medical Association and one of the journals cited and relied upon by Dr. Olanow—Dr. Akpinar described a study that had been conducted in multiple patients involving the use of dopaminergic therapy to treat the symptoms of "moderate to severe" restless leg syndrome.[4] The letter reported the following: (1) a dopaminergic therapy (*i.e.*, administration of the Parkinson's combination therapy of levodopa plus the decarboxylase inhibitor benserizide) caused "complete disappearance of restless leg symptoms"; (2) administration of bromocriptine mesylate (a dopamine agonist) "gave similar good results"; and (3) a dopamine antagonist "worsened the symptoms." Based on these results, a person of ordinary skill in the art as of the priority date would agree with the conclusion stated in the article that "levodopa plus benserazide (or a dopamine agonist) can be used successfully in the treatment of restless leg syndrome."

25.     Dr. Olanow comments on whether pramipexole satisfied any "longstanding unmet medical need" with respect to the treatment of restless leg syndrome. Olanow ¶ 39(b). I note that ropinirole was approved by FDA for the treatment of moderate-to-severe primary restless

---

[4] Akpinar, S. (1982) Treatment of Restless Legs Syndrome With Levodopa Plus Benserazide. *Arch. Neurol.* **39**:739.

leg syndrome before pramipexole. To my knowledge, pramipexole has not been shown to have a particular advantage over ropinirole in treating RLS. To the contrary, one of the references authored and relied on by Dr. Olanow indicates that 32% of RLS patients treated with pramipexole developed augmentation, but that no augmentation was reported with ropinirole.[5]

### C.     Neuroprotection

26.     Dr. Olanow states that a neuroprotective therapy is considered to be the most important unmet medical need in PD, and adds that "[n]o currently available therapy has as yet been established to have neuroprotective effects in PD." Olanow ¶ 28. I agree. However, to the extent Dr. Olanow suggests that pramipexole is neuroprotective in Parkinson's disease—either in slowing or stopping (1) disease progression, or (2) the development of non-dopaminergic features—or that it has satisfied the medical need for neuroprotective therapy, I disagree.

27.     The evidence does not support the conclusion that pramipexole can actually be used as a neuroprotective agent. Dr. Olanow concludes that pramipexole is neuroprotective *based the following: (1) pramipexole has been shown to protect dopamine neurons from a variety of* toxins in laboratory models, and (2) a clinical double-blind trial showed that patients treated with pramipexole had a slower rate of decline of a biomarker of Parkinson's disease—specifically, a marker of the number of surviving nigrostriatal dopamine neurons. Olanow ¶ 29.

28.     With regard to the first point, Dr. Olanow errs in assuming that "protection" in animal and *in vitro* models equates to clinical neuroprotection. Unfortunately, such neuroprotection models have generally not had a high degree of success in predicting clinical

---

[5] Tse W, Koller W, and Olanow CW. *Restless legs syndrome: differential diagnosis and treatment*, in Chaudhuri KR, Odin P, and Olanow CW, eds, *Restless Legs Syndrome*, Taylor & Francis (London) 2004.

effects. As an example, in a paper cited by Dr. Olanow regarding a laboratory study,[6] levodopa

is one of the "toxins" used to show the "protective" action of pramipexole. Yet the recent

ELLDOPA clinical study conducted by the Parkinson's Study Group has shown that levodopa

does not hasten the progression of Parkinson's signs and symptoms as would be expected from

such a "toxin."[7] Indeed, these clinical data suggest that levodopa actually may be somewhat

neuroprotective.[8]

    29.    With regard to Dr. Olanow's second point, he states that a clinical double-blind

trial[9] demonstrated that pramipexole-treated patients "had a slower rate of decline of a biomarker

of nigrostriatal dopamine neurons . . . [and that those] . . . findings are consistent with the

possibility that pramipexole may be neuroprotective in PD." Olanow ¶ 29. However, the

biomarker used in the cited study is a radioligand that labels the dopamine transporter. It is

known in the literature that the level of measurable dopamine transporters can change when

---

[6] Zou L, Jankovic J, Rowe, DB, Xie, W, Appel S, and Le W (1999) Neuroprotection By
Pramipexole Against Dopamine- And Levodopa-Inducted Cytotoxicity. *Life Sci.* **64**:1275-1285.

[7] Stanley Fahn and the Parkinson Study Group (2005) Does levodopa slow or hasten the rate of
progression of Parkinson's disease? *J. Neurol.* **252** (Suppl 4):IV/37-IV/42; Chan PL, Nutt JG,
and Holford NH (2007) Levodopa Slows Progression of Parkinson's Disease. External
Validation by Clinical Trial Simulation. *Pharm. Res.* **24**:791-802.

[8] This is not a unique example of the lack of the clinical predictability of such laboratory models
as commonly used. Coenzyme $Q_{10}$ has been suggested by such models to be neuroprotective,
but recent clinical studies showed no such effect. Beal MF, Matthews RT, Tieleman A, and
Shults CW (1998) Coenzyme $Q_{10}$ attenuates the 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine
(MPTP) induced loss of striatal dopamine and dopaminergic axons in aged mice. *Brain Res.*
**783**:109-114; Storch A, Jost WH, Vieregge P, Spiegel J, Greulich W, Durner J, Müller T,
Kupsch A, Henningsen H, Oertel WH, Fuchs G, Kuhn W, Niklowitz P, Koch R, Herting B, and
Reichmann H (2007) Randomized, Double-blind, Placebo-Controlled Trial on Symptomatic
Effects of Coenzyme $Q_{10}$ in Parkinson Disease. *Arch. Neurol.* **64**:E1-E6.

[9] Parkinson Study Group (2002) Dopamine Transporter Brain Imaging to Assess the Effects of
Pramipexole vs Levodopa on Parkinson Disease Progression. *JAMA*, **287**:1653-61.

drugs that bind to $D_2$ receptors (such as pramipexole) are administered.[10]  In other words, because the marker used to assess neuroprotection can be affected by pramipexole in ways that are unrelated to neuroprotection, the clinical study relied on by Dr. Olanow does not demonstrate that pramipexole is in fact neuroprotective.

30.     In paragraph 30 of his report, Dr. Olanow states that the "notion that pramipexole would be neuroprotective in the treatment of PD was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention."  While the evidence does not support the conclusion that pramipexole is neuroprotective in the treatment of PD, practicing any claim of the '086 patent which encompasses a method of using pramipexole to treat parkinsonism or Parkinson's disease would necessarily result in the use of pramipexole as a neuroprotective agent if the compound indeed had such properties.

**D.     Fibromyalgia**

31.     To the extent that Dr. Olanow suggests pramipexole can be used to treat fibromyalgia, or that it satisfied any unmet need in the treatment of fibromyalgia, I disagree. Current evidence does not demonstrate that pramipexole is an effective treatment for fibromyalgia.

32.     Dr. Olanow asserts that physicians occasionally prescribe Mirapex® to treat fibromyalgia, and suggests those prescriptions are indicative of whether the drug can be used to treat fibromyalgia.  Olanow ¶ 44.  However, because the precise cause of fibromyalgia is unclear,[11] an array of medications is often tried in the hope that one might work.  Moreover, the

---

[10] Williams JM and Galli A (2006) The Dopamine Transporter: A Vigilant Border Control for Psychostimulant Action. *Handb. Exp. Pharmacol.* 175:215-32.

Holman article[12]—the only published study cited by Dr. Olanow to support his opinion that Mirapex® treats fibromyalgia—is flawed. As an example, the biggest improvement was noted when the pramipexole was stopped in the last week of the trial. It also was an add-on study that provides no evidence that pramipexole by itself would work as well as commonly-used therapies for fibromyalgia (such as NSAIDs or antidepressants), or indeed, work at all. Finally, recent literature confirms that, despite the availability of Mirapex®, researchers are still searching for an appropriate means of treating fibromyalgia.[13]

### E.    Depression

33.    Dr. Olanow states that the "notion that pramipexole would be effective in the treatment of depression was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention," Olanow ¶ 48, and adds that "[n]o other anti-parkinsonian drug has been shown to have anti-depressant effects," Olanow ¶ 46. I disagree. The skilled artisan would have known as of the priority date that bromocriptine, a dopamine agonist and anti-parkinsonian drug, had been shown to have antidepressant effects.[14] Moreover, as of the priority date, the skilled artisan would have known that bromocriptine had been shown

---

[11] Abeles AM, Pillinger MH, Solitar BM, and Abeles M (2007) Narrative Review: The Pathophysiology of Fibromyalgia. *Ann. Intern. Med.* **146**:726-734.

[12] Holman AJ and Myers RR (2005) A Randomized, Double-Blind, Placebo-Controlled Trial of Pramipexole, a Dopamine Agonist, in Patients With Fibromyalgia Receiving Concomitant Medications. *Arthritis & Rheum.* **52**:2495-2505.

[13] Clayton AH and West SG (2006) Combination Therapy in Fibromyalgia. *Curr. Pharm. Design.* **12**:11-16.

[14] Bouras N and Bridges PK (1982) Bromocriptine in depression. *Curr. Med. Res. Opin.* **8**:150-153; Theohar C, Fischer-Cornelssen K, Brosch H, Fischer EK, and Petrovic D (1982) A Comparative, Multicenter Trial between Bromocriptine and Amitriptyline in the Treatment of Endogenous Depression. *Arzneimittelforschung.* **32**:783-787.

to have antidepressant effects in patients with Parkinson's disease.[15]   Therefore, as of the priority date, the skilled artisan would not regard any anti-depressant activity of pramipexole to be unexpected.

34.      To the extent pramipexole has anti-depressant effects in patients with Parkinson's disease, practicing any claim of the '086 patent which encompasses a method of using pramipexole to treat parkinsonism or Parkinson's disease would necessarily result in the treatment of PD depression if pramipexole indeed has such a property.

## V.      Eli Lilly

35.      Tables 1 and 2 of the Eli Lilly '748 Application show that the compound being used in those experiments inhibited prolactin secretion and caused turning in the rat model. Indeed, in the mid-1980s, a skilled artisan would select these particular tests to evaluate the dopamine agonist activity of a given compound.  In addition, Table 3 shows that the compound being used in that experiment caused blood pressure and heart rate decreases.  Further, Table 4 shows that the compound being evaluated decreased heart rate and blood pressure.

36.      In the 1980s, and even today, a compound that was expected to possess dopamine agonist activity would also be expected to be useful in connection with the treatment of parkinsonism or Parkinson's disease.


  July 9, 2007                                        _Richard B. Mailman_ (signature)

         Date                                          Richard B. Mailman, Ph.D.


---

[15] Jouvent R, Abensour P, Bonnet AM, Widlocher D, Agid Y, and Lhermitte F (1983) Antiparkinsonian and Antidepressant Effects of High Doses of Bromocriptine.  An Independent Comparison. *J. Affect. Disord.* **5**:141-145.

# EXHIBIT A

# CURRICULUM VITAE
## RICHARD BERNARD MAILMAN

## PERSONAL INFORMATION:

| | |
|---|---|
| Address: | 7001C NC Neurosciences Hospital (Express) [CB#7160 (US Mail)]<br>University of North Carolina School of Medicine<br>Chapel Hill, N.C 27599-7160 |

| | | | |
|---|---|---|---|
| Home<br>Address: | 2101 N. Lakeshore Dr.<br>Chapel Hill, N.C 27514 | Web:<br>http://www.med.unc.edu/wrkunits/2depts/pharm/faculty/mailman.htm | |

| | | | |
|---|---|---|---|
| Contact<br>Information: | 919.966.2484 *Office*<br>919.933.8909 *Home* | 919.966.9604 *Fax*<br>richard_mailman@med.unc.edu *Email* | |

| | | |
|---|---|---|
| Citizenship: | U.S. | Research Interests: Receptor signaling and molecular drug design; novel therapeutics for Parkinson's disease, cognition, and schizophrenia |

## EDUCATION:

| | | | |
|---|---|---|---|
| B.S. | 1968 | Rutgers University | Chemistry/Food Science |
| M.S. | 1972 | North Carolina State University | Physiology/Toxicology |
| Ph.D. | 1974 | North Carolina State University | Physiology/Toxicology |
| Post-doctoral | 1974-75 | North Carolina State University | Drug metabolism |
| Post-doctoral | 1976-77 | Univ. of North Carolina, Chapel Hill | Neurobiology |

## EMPLOYMENT HISTORY:
*(All Positions at the University of North Carolina School of Medicine)*

| | |
|---|---|
| 1988-present: | Professor, Departments of Psychiatry, Pharmacology, Neurology, and Medicinal Chemistry<br>Director, Division of Basic Psychobiology (since 1994)<br>Director, Post-doctoral Training, Curriculum in Toxicology (since 2007)<br>Member, Neurobiology and Toxicology Faculties (since 1978) |
| 1987-1988: | Associate Professor (tenured), Psychiatry and Pharmacology |
| 1980-1987: | Research Associate Professor, Psychiatry and Pharmacology |
| 1978-1980: | Research Assistant Professor, Psychiatry |

## HONORS AND AWARDS:

Burroughs Wellcome Fund Scholar in Toxicology (1987-1992)
Distinguished Neuroscience Professor, Purdue University, September 2003
1999 Eugene Hargraves Award in Mental Health Research
First Distinguished Alumni Keynote Speaker, Department of Toxicology, North Carolina State University, 1998.
Burroughs Wellcome Fund Research Travel Award (1999-2000)
Early admissions, Rutgers University; New Jersey State Scholarship; Rutgers College Dean of Men's Grant
American Society of Biological Chemists-Brand Travel Grant, 1974

## PROFESSIONAL SOCIETIES:

American College of Neuropsychopharmacology *(Member 1984; Fellow, 1989; Finance Committee 1987-92; Liaison Committee with Government Agencies and the Pharmaceutical Industry; 1994-1997)*

Society for Neuroscience; American Society of Neurochemistry; International Society for Neurochemistry; American Society for Pharmacology and Experimental Therapeutics; American Chemical Society; American Association for the Advancement Science;

Society of Toxicology *(Program committee, 1988-92; Ethics Committee 1987-92; Councilor, Neurotoxicology Section, 1981)*

# PROFESSIONAL SERVICES

## APPOINTMENTS TO U.S. FEDERAL REVIEW COMMITTEES:

NIH ZRG1 MDCN-L (2001-present); Session Chair, NIMH Consensus Panel (MATRICS) on Neuropsychopharmacological Treatment of Cognition (2003); NIH Toxicology Study Section (1987-1991); NIMH Special Projects Reviews (1984-1987) NIH Reviewers Reserve (1991-1995); NIMH Neuroscience of Mental Health Workshop (1993); EPA Science Review Panel for Health Research (1984-1989); Numerous NIH ad hoc reviews every year since 1990.

## EDITORIAL BOARD ACTIVITY:

Current Opinion in Central and Peripheral Nervous System (CPNS) Drugs (1998-present)
The Journal of Molecular and Biochemical Toxicology (1993-present)
Neurotoxicology (1986-1999)
Synapse (1993-2004)
Neurochemistry International (1981-1988)
Neurotoxicology and Teratology (Neurochemistry Field Editor, 1985-1989)
Fundamental and Applied Toxicology (1989-1995)
Brain Research Bulletin (1989-1995)
Psychopharmacology Bulletin (Associate Editor, 1988-1997)
The Journal of Molecular Neurobiology (1988-2000)

Regular Reviewer for many scientific and medical journals. In 2006, I reviewed papers for:
*American Journal of Psychiatry*
*Biochemical Pharmacology*
*Brain Research*
*Current Pharmacogenomics*
*Environmental Health Persepctives*
*European Journal of Medicial Chemistry*
*European Journal of Pharmacology*
*Expert Opinion in Pharmacotherapy*
*Journal of Medicinal Chemistry*
*Journal of Neurochemistry*
*Journal of Pharmacology and Experimental Therapeutics*
*Molecular Pharmacology*
*Neuropsychopharmacology*
*Psychopharmacology*

# FEDERAL RESEARCH FUNDING

NIH MH073910 (W.C. Goddard III, PI; R.Mailman, Subcontract PI). Title: Subtype specific agonist for D1-D5 dopamine receptors. Funding Period: 01/01/06-12/31/07.

## PREVIOUS FEDERAL GRANT SUPPORT (AS PI):

**NIH R01 MH 40537**. Title: A Novel Molecular Site for Antidopaminergic Action
  P.I.: RB Mailman; Funding Period: 4/1/85-1/31/

**NIH R01 NS39036**. Title: Molecular Regulation of $D_1$ Dopamine Receptor Function
  P.I.: RB Mailman; Funding Period: 9/30/00-08/31/06

**NIH R01 MH53356** (P.I. 1997-2002)
**NIH PO1 ES01104** (Program Director 1986-1992; Project P.I. from 1980-1992);
**NIH RO1 ES05279** (P.I.: 1990-1994);
**NIH RO1 MH37404** (P.I.: 1984-9);
**NIH RO1 HD13487** (P.I. 1980-4);
**NIH R23 ES02087** (P.I.: 1978-81);
**EPA CR809644** (P.I.: 1981-5).

# PUBLICATIONS

<u>Summary: 2 books, 6 patents, 200+ peer-reviewed research papers and chapters (Supplementary list of > 200 book reviews, editorial comments, and published abstracts available upon request)</u>

## BOOKS:

1.    Hodgson, E, RB Mailman and JE Chambers. Macmillan Dictionary of Toxicology. Macmillan Scientific, London. 395 pp., 1988.

2.    Hodgson, E, RB Mailman and JE Chambers. Macmillan Dictionary of Toxicology (Second Edition). Macmillan Scientific, London. 608 pp., 1998.

## PATENTS:

1.    Nichols, DE and Mailman RB US 5,420,134. "Substituted hexahydrobenzo[*a*]phenanthridines" (05/30/1995) (plus foreign patents)

2.    Nichols, DE and Mailman RB US 5,959,110: "Fused isoquinolines as dopamine receptor ligands"(09/25/99) (plus foreign patents).

3.    Nichols, DE and Mailman RB US 6,194,423: "Fused isoquinolines as dopamine receptor ligands"(02/27/01) (plus foreign patents).

4.    Nichols, DE and Mailman RB. US 6,413,977 "Chromeno[4,3,2-DE]isoquinolines as potent dopamine receptor ligands" (07/03/2002) (plus foreign patents).

5.    Mailman, RB, Huang, X, and Nichols DE. US 6,916,823 "Method of treatment of dopamine-related dysfunction" (07/12/2005) (plus foreign patents)

6.    Nichols, DE and Mailman RB. US 6,916,832 "Chromeno[4,3,2-DE]isoquinolines as potent dopamine receptor ligands" (07/12/2005) (plus foreign patents).

## REFEREED ARTICLES (CHRONOLOGICAL ORDER):

1.    Mailman, RB, E Hodgson and D Huisingh. Effect of thiols in reversing the inhibition by methyl-1-(butylcarbamoyl)-2-benzimidazolecarbamate on Saccharomyces cerevesiae. Pest. Biochem. Physiol. 1: 401-408, 1971.

2.  Baker, RC, LB Coons, RB Mailman and E Hodgson.  Induction of hepatic mixed function oxidases by the insecticide, mirex. Environ. Res. 5: 418-424, 1972.

3.  Mailman, RB and E Hodgson.  The cytochrome P-450 substrate optical difference spectra of pesticides with mouse hepatic microsomes. Bull. Environ. Contam. Toxicol. 8: 186-192, 1972.

4.  Hodgson, E, RM Philpot, RC Baker and RB Mailman.  Effect of synergists on drug metabolism. Drug. Metab. Dispos. 1: 391-401, 1973.

5.  Kulkarni, AP, RB Mailman, RC Baker and E Hodgson.  Cytochrome P-450 difference spectra. Type II interactions in insecticide-resistant and -susceptible houseflies. Drug. Metab. Dispos. 2: 309-320, 1974.

6.  Mailman, RB, AP Kulkarni, RC Baker and E Hodgson.  Cytochrome P-450 difference spectra: effect of chemical structure on type II spectra in mouse hepatic microsomes. Drug. Metab. Dispos. 2: 301-308, 1974.

7.  Kulkarni, AP, RB Mailman and E Hodgson.  Cytochrome P-450 optical difference spectra of insecticides. A comparative study. J. Agric. Food. Chem. 23: 177-183, 1975.

8.  Mailman, RB, LG Tate, KE Muse, LB Coons and E Hodgson.  The occurrence of multiple forms of cytochrome P-450 in hepatic microsomes from untreated rats and mice. Chem. Biol. Interact. 10: 215-228, 1975.

9.  Mailman, RB, W Edmundson, K Muse and E Hodgson.  Multiplicity of hepatic cytochrome P-450 in intact microsomes: effect of 3-methylcholanthrene induction. Gen. Pharmacol. 8: 281-284, 1977.

10. Mailman, RB, GT Barthalmus, K Muse and E Hodgson.  Multiplicity of hepatic cytochrome P-450 in intact microsomes: effect of phenobarbital induction. Gen. Pharmacol. 8: 275-279, 1977.

11. Breese, GR, RA Vogel, CM Kuhn, RB Mailman, RA Mueller and SM Schanberg.  Behavioral and prolactin responses to 5-hydroxytryptophan in rats treated during development with 5,7-dihydroxytryptamine. Brain. Res. 155: 263-275, 1978.

12. Breese, GR, RB Mailman, MG Ondrusek, TK Harden and RA Mueller.  Effects of dopaminergic agonists and antagonists on cerebellar guanosine-3',5'-monophosphate (cGMP). Life. Sci. 23: 533-536, 1978.

13. Konkol, RJ, RB Mailman, EG Bendeich, AM Garrison, RA Mueller and GR Breese.  Evaluation of the effects of nerve growth factor and anti- nerve growth factor on the development of central catecholamine-containing neurons. Brain. Res. 144: 277-285, 1978.

14. Mailman, RB, RA Mueller and GR Breese.  The effect of drugs which alter GABA-ergic function on cerebellar guanosine-3',5'-monophosphate content. Life. Sci. 23: 623-627, 1978.

15. Mailman, RB, GD Frye, RA Mueller and GR Breese.  Thyrotropin-releasing hormone reversal of ethanol-induced decreases in cerebellar cGMP. Nature 272: 832-833, 1978.

16. Mailman, RB, MR Krigman, RA Mueller, P Mushak and GR Breese.  Lead exposure during infancy permanently increases lithium-induced polydipsia. Science 201: 637-639, 1978.

17. Mueller, RA, DBA Lundberg, GD Frye, RB Mailman and GR Breese.  Cerebellar cGMP varies with motor function and respiratory gas exchange. Neurosci. Lett. 10: 89-93, 1978.

18. Nemeroff, CB, G Bissette, GH Greeley, RB Mailman, JB Martin, P Brazeau and JS Kizer.  Effects of acute administration of monosodium-L-glutamate (MSG), atropine or haloperidol on anterior pituitary hormone secretion in the rat. Brain. Res. 156: 198-201, 1978.

19.    Breese, GR, DB Lundberg, RB Mailman, GD Frye and RA Mueller.  Effect of ethanol on cyclic nucleotides in vivo: consequences of controlling motor and respiratory changes. Drug. Alcohol. Depend. 4: 321-326, 1979.

20.    Breese, GR, RA Mueller and RB Mailman.  Effect of dopaminergic agonists and antagonists on in vivo cyclic nucleotide content: relation of guanosine 3':5'-monophosphate (cGMP) changes in cerebellum to behavior. J. Pharmacol. Exp. Ther. 209: 262-270, 1979.

21.    Harden, TK, RB Mailman, RA Mueller and GR Breese.  Noradrenergic hyperinnervation reduces the density of beta-adrenergic receptors in rat cerebellum. Brain. Res. 166: 194-198, 1979.

22.    Lundberg, DB, GR Breese, RB Mailman, GD Frye and RA Mueller.  Depression of some drug-induced in vivo changes of cerebellar guanosine 3',5'-monophosphate by control of motor and respiratory responses. Mol. Pharmacol. 15: 246-256, 1979.

23.    Mailman, RB, GR Breese, MR Krigman, P Mushak and RA Mueller.  Lead enhancement of lithium-induced polydipsia. Science 205: 726, 1979.

24.    Mailman, RB, GD Frye, RA Mueller and GR Breese.  Change in brain guanosine 3',5'-monophosphate (cGMP) content by thyrotropin-releasing hormone. J. Pharmacol. Exp. Ther. 208: 169-175, 1979.

25.    Frye, GD, GR Breese, RB Mailman, RA Vogel, MG Ondrusek and RA Mueller.  An evaluation of the selectivity of fenmetozole (DH-524) reversal of ethanol-induced changes in central nervous system function. Psychopharmacology. (Berlin) 69: 149-155, 1980.

26.    Mailman, RB, RM Ferris, FL Tang, RA Vogel, CD Kilts, MA Lipton, DA Smith, RA Mueller and GR Breese.  Erythrosine (Red No. 3) and its nonspecific biochemical actions: what relation to behavioral changes. Science 207: 535-537, 1980.

27.    Pappas, BA, GR Breese, RB Mailman and RA Mueller.  Importance of the Locus coeruleus and involvement of alpha-adrenergic receptors in the post-decapitation reflex in the rat. Psychopharmacology. (Berlin) 69: 163-171, 1980.

28.    Vogel, RA, GD Frye, JH Wilson, CM Kuhn, KM Koepke, RB Mailman, RA Mueller and GR Breese.  Attenuation of the effects of punishment by ethanol: comparisons with chlordiazepoxide. Psychopharmacology. (Berlin) 71: 123-129, 1980.

29.    Vogel, RA, GD Frye, JH Wilson, CM Kuhn, RB Mailman, RA Mueller and GR Breese.  Attenuation of the effect of punishment by thyrotropin-releasing hormone: comparisons with chlordiazepoxide. J. Pharmacol. Exp. Ther. 212: 153-161, 1980.

30.    Abd-Elraof, TK, WC Dauterman and RB Mailman.  In vivo metabolism and excretion of propoxur and malathion in the rat: effect of lead treatment. Toxicol. Appl. Pharmacol. 59: 324-330, 1981.

31.    Frye, GD, RE Chapin, RA Vogel, RB Mailman, CD Kilts, RA Mueller and GR Breese.  Effects of acute and chronic 1,3-butanediol treatment on central nervous system function: a comparison with ethanol. J. Pharmacol. Exp. Ther. 216: 306-314, 1981.

32.    Kilts, CD, GR Breese and RB Mailman.  Simultaneous quantification of dopamine, 5-hydroxytryptamine and four metabolically related compounds by means of reversed- phase high-performance liquid chromatography with electrochemical detection. J. Chromatogr. 225: 347-357, 1981.

33.   Kuhn, CM, RA Vogel, RB Mailman, RA Mueller, SM Schanberg and GR Breese.  Effect of 5,7-dihydroxytryptamine on serotonergic control of prolactin secretion and behavior in rats. Psychopharmacology. (Berlin) 73: 188-193, 1981.

34.   Ondrusek, MG, CD Kilts, GD Frye, RB Mailman, RA Mueller and GR Breese.  Behavioral and biochemical studies of scopolamine-induced reversal of neuroleptic activity. Psychopharmacology. (Berlin) 73: 17-23, 1981.

35.   Vogel, RA, GD Frye, KM Koepke, RB Mailman, RA Mueller and GR Breese.  Differential effects of TRH, amphetamine, naloxone, and fenmetozole on ethanol actions: attenuation of the effects of punishment and impairment of aerial righting reflex. Alcoholism. (NY) 5: 386-392, 1981.

36.   Mailman, RB, MH Lewis and CD Kilts.  Animal models related to developmental disorders: theoretical and pharmacological analyses. Appl. Res. Ment. Retard. 2: 1-12, 1981.

37.   Mailman, RB and MH Lewis.  Food additives and developmental disorders: the case of erythrosin (FD&C Red #3), or guilty until proven innocent. Appl. Res. Ment. Retard. 2: 297-305, 1981.

38.   Kilts, CD, KS Patrick, GR Breese and RB Mailman.  Simultaneous determination of thioridazine and its S-oxidized and N-demethylated metabolites using high-performance liquid-chromatography on radially compressed silica. J. Chromatogr. 231: 377-391, 1982.

39.   Mushak, P, MR Krigman and RB Mailman.  Comparative organotin toxicity in the developing rat: somatic and morphological changes and relationship to accumulation of total tin. Neurobehav. Toxicol. Teratol. 4: 209-215, 1982.

40.   Sonstegard, KS, RB Mailman, JM Cheek, TE Tomlin and RP DiAugustine.  Morphological and cytochemical characterization of neuroepithelial bodies in fetal rabbit lung. I. Studies of isolated neuroepithelial bodies. Exp. Lung. Res. 3: 349-377, 1982.

41.   Widerlöv, E, JE Häggström, CD Kilts, U Andersson, GR Breese and RB Mailman.  Serum concentrations of thioridazine, its major metabolites and serum neuroleptic-like activities in schizophrenics with and without tardive dyskinesia. Acta Psychiatr. Scand. 66: 294-305, 1982.

42.   Widerlöv, E, CD Kilts, RB Mailman, CB Nemeroff, TJ McCown, AJ Prange,Jr and GR Breese. Increase in dopamine metabolites in rat brain by neurotensin. J. Pharmacol. Exp. Ther. 223: 1-6, 1982.

43.   Lewis, MH , E Widerlöv, DL Knight, CD Kilts and RB Mailman.  N-oxides of phenothiazine antipsychotics: effects on in vivo and in vitro estimates of dopaminergic function. J. Pharmacol. Exp. Ther. 225: 539-545, 1983.

44.   Mailman, RB.  Lithium-induced polydipsia: dependence on nigrostriatal dopamine pathway and relationship to changes in the renin-angiotensin system. Psychopharmacology. (Berlin.) 80: 143-149, 1983.

45.   Mailman, RB, MR Krigman, GD Frye and I Hanin.  Effects of postnatal trimethyltin or triethyltin treatment on CNS catecholamine, GABA, and acetylcholine systems in the rat. J. Neurochem. 40: 1423-1429, 1983.

46.   Nemeroff, CB, D Luttinger, DE Hernandez, RB Mailman, GA Mason, SD Davis, E Widerlöv, GD Frye, CD Kilts, K Beaumont, GR Breese and AJ Prange,Jr.  Interactions of neurotensin with brain dopamine systems: biochemical and behavioral studies. J. Pharmacol. Exp. Ther. 225: 337-345, 1983.

47.  Twery, MJ, CW Cooper and RB Mailman.   Calcitonin depresses amphetamine-induced locomotor activity. Pharmacol. Biochem. Behav. 18: 857-862, 1983.

48.  Cooper, CW, MJ Twery, MH Lewis and RB Mailman.  Anorectic and other behavioral effects of centrally administered calcitonins. Psychopharmacol. Bull. 20: 451-455, 1984.

49.  DeHaven, DL, MR Krigman, JJ Gaynor and RB Mailman.  The effects of lead administration during development on lithium-induced polydipsia and dopaminergic function. Brain. Res. 297: 297-304, 1984.

50.  DeHaven, DL, TJ Walsh and RB Mailman.  Effects of trimethyltin on dopaminergic and serotonergic function in the central nervous system. Toxicol. Appl. Pharmacol. 75: 182-189, 1984.

51.  Hanin, I, MR Krigman and RB Mailman.  Central neurotransmitter effects of organotin compounds: trials, tribulations and observations. Neurotoxicology. 5: 267-277, 1984.

52.  Kilts, CD, DL Knight, RB Mailman, E Widerlöv and GR Breese.  Effects of thioridazine and its metabolites on dopaminergic function: drug metabolism as a determinant of the antidopaminergic actions of thioridazine. J. Pharmacol. Exp. Ther. 231: 334-342, 1984.

53.  Mailman, RB, DL DeHaven, EA Halpern and MH Lewis.  Serum effects confound the neuroleptic radioreceptor assay. Life. Sci. 34: 1057-1064, 1984.

54.  Mailman, RB, JP Pierce, KM Crofton, J Petitto, DL DeHaven, CD Kilts and MH Lewis. Thioridazine and the neuroleptic radioreceptor assay. Biol. Psychiatry. 19: 833-847, 1984.

55.  Mailman, RB, DW Schulz, MH Lewis, L Staples, H Rollema and DL DeHaven. SCH-23390: a selective $D_1$ dopamine antagonist with potent $D_2$ behavioral actions. Eur. J. Pharmacol. 101: 159-160, 1984.

56.  Niedzwiecki, DM, RB Mailman and LX Cubeddu.  Greater potency of mesoridazine and sulforidazine compared with the parent compound, thioridazine, on striatal dopamine autoreceptors. J. Pharmacol. Exp. Ther. 228: 636-639, 1984.

57.  Schulz, DW, SD Wyrick and RB Mailman.  [³H]SCH23390 has the characteristics of a dopamine receptor ligand in the rat central nervous system. Eur. J. Pharmacol. 106: 211-212, 1984.

58.  Schulz, DW and RB Mailman.  An improved, automated adenylate cyclase assay utilizing preparative HPLC: effects of phosphodiesterase inhibitors. J. Neurochem. 42: 764-774, 1984.

59.  Schulz, DW, MH Lewis, J Petitto and RB Mailman.  Ascorbic acid decreases [³H]-dopamine binding in striatum without inhibiting dopamine sensitive adenylate cyclase. Neurochem. Int. 6: 117-121, 1984.

60.  Walsh, TJ, HA Tilson, DL DeHaven, RB Mailman, A Fisher and I Hanin.  AF64A, a cholinergic neurotoxin, selectively depletes acetylcholine in hippocampus and cortex, and produces long- term passive avoidance and radial-arm maze deficits in the rat. Brain. Res. 321: 91-102, 1984.

61.  Kilts, CD, KL Dew, TD Ely and RB Mailman.  Quantification of R-(+)-7-chloro-8-hydroxy-1-phenyl-2,3,4,5-tetrahydro-1H- 3-methyl-3-benzazepine in brain and blood by use of reversed-phase high-performance liquid chromatography with electrochemical detection. J. Chromatogr. 342: 452-457, 1985.

62.  Lewis, MH , AA Baumeister, DL McCorkle and RB Mailman.  A computer-supported method for analyzing behavioral observations: studies with stereotypy. Psychopharmacology. (Berlin) 85: 204-209, 1985.

63.  Mailman, RB and CD Kilts.  Analytical considerations for quantitative determination of serotonin and its metabolically related products in biological matrices. Clin. Chem. 31: 1849-1854, 1985.

64.  Schulz, DW, EJ Stanford, SW Wyrick and RB Mailman.  Binding of [$^3$H]SCH23390 in rat brain: regional distribution and effects of assay conditions and GTP suggest interactions at a $D_1$-like dopamine receptor. J. Neurochem. 45: 1601-1611, 1985.

65.  Schulz, DW, L Staples and RB Mailman.  SCH23390 causes persistent antidopaminergic effects in vivo: evidence for long-term occupation of receptors. Life. Sci. 36: 1941-1948, 1985.

66.  Wyrick, SD and RB Mailman.  Tritium-labeled (+)-7-chloro-8-hydroxy-3-methyl-1-phenyl-2,3,4,5-tetrahydro-1H-3-benzazepine (SCH23390). J. Label. Comp. Radiopharm. 22: 189-195, 1985.

67.  DeHaven, DL, MR Krigman and RB Mailman.  Temporal changes in dopaminergic and serotonergic function caused by administration of trimethyltin to adult rats. Neurobehav. Toxicol. Teratol. 8: 475-479, 1986.

68.  Lewis, MH , RA Steer, JA Favell, C Trivette, J McGimsey, L Clontz, B Kanoy, S Schroeder and RB Mailman.  Thioridazine metabolism and effects on stereotyped behavior in mentally retarded patients. Psychopharmacol. Bull. 22: 1040-1044, 1986.

69.  Mailman, RB, DW Schulz, CD Kilts, MH Lewis, H Rollema and S Wyrick.  Multiple forms of the $D_1$ dopamine receptor: its linkage to adenylate cyclase and psychopharmacological effects. Psychopharmacol. Bull. 22: 593-598, 1986.

70.  Napier, TC, BS Givens, DW Schulz, BS Bunney, GR Breese and RB Mailman.  SCH23390 effects on apomorphine-induced responses of nigral dopaminergic neurons. J. Pharmacol. Exp. Ther. 236: 838-845, 1986.

71.  Rollema, H, MG Feenstra, CJ Grol, MH Lewis, L Staples and RB Mailman.  S(-)DP-5,6-ADTN as an in vivo dopamine receptor ligand: relation between displacement by dopamine agonists and their pharmacological effects. Naunyn. Schmiedebergs. Arch. Pharmacol. 332: 338-345, 1986.

72.  Twery, MJ, B Kirkpatrick, EC Critcher, MH Lewis, RB Mailman and CW Cooper.  Motor effects of calcitonin administered intracerebroventricularly in the rat. Eur. J. Pharmacol. 121: 189-198, 1986.

73.  Twery, MJ, B Kirkpatrick, MH Lewis, RB Mailman and CW Cooper.  Antagonistic behavioral effects of calcitonin and amphetamine in the rat. Pharmacol. Biochem. Behav. 24: 1203-1207, 1986.

74.  Wyrick, S, DL McDougald and RB Mailman.  Multiple tritium labeling of (+)-7-chloro-8-hydroxy-3-methyl-1-phenyl-2,3,4,5-tetrahydro-1H-3-benzazepine (SCH23390). J. Label. Comp. Radiopharm. 23: 685-692, 1986.

75.  Wyrick, S, DM Niedzwiecki and RB Mailman.  Tritium-labeled (+)-10-[2-(1-methyl-2-piper-idinyl)ethyl]-2-(methylmercapto)-[3-$^3$H(n)]phenothiazine (thioridazine). J. Label. Comp. Radiopharm. 23: 95-100, 1986.

76.  Crofton, KM, LW Reiter and RB Mailman.  Pyrethroid insecticides and radioligand displacement from the GABA receptor chloride ionophore complex. Toxicol. Lett. 35: 183-190, 1987.

77.  Konkol, RJ, L Chapman, GR Breese, AM Collier, CD Kilts, C Finley, RR Vogel, RB Mailman and EG Bendeich.    Hemophilus influenzae meningitis in the rat: behavioral, electrophysiological, and biochemical consequences. Ann. Neurol. 21: 353-360, 1987.

78.  Charifson, PS, SD Wyrick, AJ Hoffman, RM Simmons, JP Bowen, DL McDougald and RB Mailman.  Synthesis and pharmacological characterization of 1-phenyl-, 4-phenyl-, and 1-benzyl-1,2,3,4-tetrahydroisoquinolines as dopamine receptor ligands. J. Med. Chem. 31: 1941-1946, 1988.

79.  DeHaven-Hudkins, DL, DW Schulz, TJ Walsh and RB Mailman.  Responses of dopaminergic and serotonergic systems to triethyllead intoxication. Neurotoxicol. Teratol. 10: 279-285, 1988.

80.  Herr, DW and RB Mailman. Buffer effects on high affinity $[^3H]$-prazosin binding in brain and spinal cord. Pharmacol. Biochem. Behav. 32: 831-834, 1989.

81.  Niedzwiecki, DM, LX Cubeddu and RB Mailman. Comparative antidopaminergic properties of thioridazine, mesoridazine and sulforidazine on the corpus striatum. Journal of Pharmacology and Experimental Therapeutics 250:117-125, 1989.

82.  Niedzwiecki, DM, LX Cubeddu and RB Mailman. Comparative anticholinergic properties of thioridazine, mesoridazine and sulforidazine. Journal of Pharmacology and Experimental Therapeutics 250: 126-133, 1989.

83.  Lovenberg, TW, WK Brewster, DM Mottola, RC Lee, RM Riggs, DE Nichols, MH Lewis and RB Mailman. Dihydrexidine, a novel selective high potency full $D_1$ dopamine receptor agonist. Eur. J. Pharmacol. 166: 111-113, 1989.

84.  Jimmerson, VR, T-M Shih and RB Mailman. Variability in soman toxicity in the rat: Correlation with biochemical and behavioral measures. Toxicology 57:241-254, 1989.

85.  Jimmerson, VR, T-M Shih, DM Maxwell and RB Mailman. Cresylbenzodioxaphosphorin oxide pretreatment alters soman- induced toxicity and inhibition of tissue cholinesterase activity of the rat. Toxicology Letters 48:93-103, 1989.

86.  Charifson PS, JP Bowen, SD Wyrick, AJ Hoffman, M Cory, AT McPhail and RB Mailman. Conformational analysis and molecular modeling of 1-phenyl-, 4-phenyl-, and 1-benzyl-1,2,3,4-tetrahydroisoquinolines as $D_1$ dopamine receptor ligands. J. Med. Chem. 32:2050-2058, 1989.

87.  Jimmerson V, T-M Shih, DM Maxwell, A Kaminskis and RB Mailman. The effect of 2-(o-cresyl)-4H-1:3:2-benzodioxaphosphorin-2-oxide on tissue cholinesterase and carboxylesterase activities in the rat. Tox. Appl. Pharmacol. 13: 568-575, 1989.

88.  Walker QD, MH Lewis, KM Crofton, and RB Mailman. Triadimefon, a triazole fungicide, induces stereotyped behavior and alters monoamine metabolism in rats. Toxicology and Applied Pharmacology 102: 474-485, 1989.

89.  Herr DW, RB Mailman and HA Tilson. Blockade of only spinal $\alpha_1$ adrenoreceptors is insufficient to attenuate DDT-induced alterations in motor function. Toxicol. Appl. Pharmacol. 101: 11-26, 1989.

90.    Lewis MH , H Ozer, LL Hensley, A Beauchamp, RB Mailman, and JP Gluck. Long-term effects of early social isolation in Macaca mulatta: in vivo evidence for changes in dopamine receptor function. Brain Res. 513: 67-73, 1990.

91.    Brewster WK, Nichols DE, Riggs RM, Mottola DM, Lovenberg TW, Lewis MH and Mailman RB. Trans-10,11-dihydroxy-5,6,6a,7,8,12b-hexahydrobenzo[a]phenanthridine: A highly potent selective dopamine $D_1$ full agonist. J. Med. Chem. 33: 1756-1764, 1990.

92.    Taylor JR, MS Lawrence, DE Redmond, Jr., JD Elsworth, RH Roth, DE Nichols, RB Mailman. Dihydrexidine, a full dopamine $D_1$ agonist, reduces MPTP-induced parkinsonism in African green monkeys. Eur. J. Pharmacol. 199: 387-388, 1991.

93.    Bishop J.E., Gerdes, J.M., Mathis, C.A., Whitney, J.M., Eaton, A. and Mailman, RB Synthesis and in vitro evaluation of 2,3-dimethoxy-5-fluoroalkyl-substituted benzamides and salicylamides: high affinity ligands for CNS dopamine $D_2$ receptors. J. Med. Chem. 34: 1612-1624, 1991.

94.    Darney KJ, Lewis MH , Brewster WK, Nichols DE, Mailman RB. Behavioral effects in the rat of dihydrexidine, a high potency, full efficacy $D_1$ dopamine receptor agonist. Neuropsychopharmacology 5: 187-195, 1991.

95.    Martin, P.M., M. Irino' K. Suzuki, MH Lewis, Q.D. Walker, RB Mailman. The female brindled mouse as a model of Menkes Disease: the relationship of fur pattern to behavioral and neurochemical abnormalities. Dev. Neurosci. 13: 121-129, 1991.

96.    Lovenberg TW, Nestler EJ, Roth RH, Nichols DE, Mailman RB. Guanine nucleotide binding proteins and the regulation of cyclic AMP synthesis in NS20Y neuroblastoma cells: Role of $D_1$ dopamine and muscarinic receptors. Brain Research 556: 101-107, 1991.

97.    Lovenberg, T.W., Roth, R.H., Nichols, DE and Mailman, RB $D_1$ dopamine receptors of NS20Y neuroblastoma cells are functionally similar to rat striatal $D_1$ receptors. J. Neurochem. 57: 1563-1569, 1991.

98.    Satoh J., Irino M., Martin P.M., Mailman RB and Suzuki K.: Neurochemical and immunocytochemical studies of the brindled mouse. J. Neuropathol. Exp. Neurol. 50:793-808, 1991.

99.    Mileson, B.E., Lewis, MH and Mailman, RB. Dopamine receptor "supersensitivity" occurring without receptor up-regulation. Brain Res. 561: 1-10, 1991.

100.   Elsworth, JD, MS Lawrence, RH Roth, JR Taylor, RB Mailman, DE Nichols, MH Lewis and DE Redmond Jr. $D_1$ and $D_2$ Dopamine receptors independently regulate spontaneous blink rate in the Vervet monkey. J. Pharmacol. Exp. Therap. 259: 595-600, 1991.

101.   Mottola DM, Brewster WK, Cook LL, Nichols DE, and Mailman RB. Dihydrexidine, a novel full efficacy $D_1$ dopamine receptor agonist. J Pharmacol Exp Ther. 262:383-393, 1992.

102.   Gilmore JH, CP Lawler, AM Eaton and RB Mailman. Postmortem stability of dopamine $D_1$ receptor mRNA and $D_1$ receptors. Mol Brain Res 18: 290-296, 1993.

103.   Watts VJ, Lawler CP, Knoerzer T, Mayleben MA, Neve KA, Nichols, DE and Mailman RB. Hexahydrobenzo[a]phenanthridines: Ligands with high affinity and selectivity for $D_3$ dopamine receptors. Eur. J. Pharmacol. 239: 271-273, 1993.

104.   Lawler CP, Gilmore JH, Mooney DH, Mayleben MA, Atashi JA, Mileson BE, Wyrick SD and Mailman RB. A rapid and efficient method for the radiosynthesis and purification of [$^{125}$I]-SCH23982. J. Neurosci. Meth. 49: 141-153, 1993.

105.   Wyrick SD, Booth RG, Myers AM, Owens C, Kula NS, Baldesserini RJ, McPhail AT and Mailman RB. Synthesis and pharmacological evaluation of 1-phenyl-3-amino-1,2,3,4-tetrahydronaphthalenes as ligands for a novel neuromodulatory sigma-like receptor. J. Med. Chem. 36: 2542-2551, 1993

106.   Watts VJ, Lawler CP, Gilmore JH, Southerland SB, Nichols DE, and Mailman RB. Efficacy at $D_1$ dopamine receptors in primates and rodents: comparison of full (dihydrexidine) and partial (SKF38393) efficacy dopamine agonists. Eur. J. Pharmacol. 242: 165-172, 1993.

107.   Booth RG, Baldessarini RJ, Kula NS, Meyers AM, Mailman RB and Wyrick SD. New σ-like recognized by novel phenylaminotetralins: ligand binding and functional studies. Mol. Pharmacol. 44: 1232-1239, 1993.

108.   Wyrick SD, Myers AM, Booth RG, Kula NS, Baldesserini RJ, and Mailman RB. Synthesis of [N-C$^3$H$_3$]-trans-(1$R$,2$S$)-(-)-1-phenyl-3-N,N-dimethylamino-1,2,3,4-tetrahydronaphthalene (H$_2$-PAT). J. Labeled Compounds 34: 131-134, 1994.

109.   Lewis MH , J-L Gariepy, P Gendreau, DE Nichols and RB Mailman. Social reactivity and $D_1$ dopamine receptors: Studies in mice selectively bred for high and low levels of aggression. Neuropsychopharmacol. 10: 115-122, 1994.

110.   Martin P, Ohno M, Mailman RB, and Suzuki K. Heterotypic sprouting of serotonergic forebrain fibers in the brindled mottled mutant mouse. Dev. Brain Res. 77:215-225, 1994

111.   Minor, DL' Wyrick SD, Charifson PS, Watts VJ, Nichols DE, and Mailman RB. Synthesis and molecular modeling of 1-phenyl-1,2,3,4-tetrahydroisoquinolines and related 5,6,8,9-tetrahydro-13bH-dibenzo[a,h]quinolizines as $D_1$ dopamine antagonists. J. Med. Chem. 37:4317-4328, 1994

112.   Knoerzer TA, Nichols DE, Brewster WK, Watts VJ, Mottola DM and Mailman RB. Dopaminergic benzo[a]phenanthridines: resolution and pharmacological evaluation of the enantiomers of dihydrexidine, the full efficacy $D_1$ dopamine receptor agonist. J. Med. Chem. 37: 2453-2460, 1994.

113.   Hudkins RL, Mailman RB and DeHaven-Hudkins DL. Novel (4-phenylpiperidinyl)- and (4-phenylpiperazinyl)alkyl-spaced esters of 1-phenylcyclopentanecarboxylic acids as potent σ-selective ligands. J. Med. Chem. 37: 1964-1970, 1994.

114.   Negash K, Nichols DE, Watts VJ and Mailman, RB. Synthesis of 1-phenyl-2-amino-1,2,3,4-tetrahydronaphthalene derivatives with dopamine $D_2$ receptor affinity. Med. Chem. Res. 5:33-42, 1994.

115.   Hudkins RL, Mailman RB, and DeHaven-Hudkins DL. RLH-033, a novel, potent and selective ligand for the $\sigma_1$ recognition site. Eur. J. Pharmacol. 271: 235-236, 1995.

116.   Watts VJ, Lawler CP, Fox, D.R., Neve KA, Nichols DE, and Mailman RB. LSD and structural analogs: Pharmacological evaluation at $D_1$ dopamine receptors. Psychopharmacology 118: 401-409, 1995.

117.   Heidenreich BA, RB Mailman, DE Nichols, & TC Napier. Partial and full dopamine $D_1$ dopamine agonists produce comparable increases in ventral pallidal neuronal activity: contribution of endogenous dopamine. J. Pharmacol. Exp. Ther. Soc. 273: 516-525, 1995.

118. Gariépy J-L, P Gendreau, RB Mailman M. Tancer, and MH Lewis. Rearing conditions alter social reactivity and $D_1$ dopamine receptors in high and low aggressive mice. Pharmacol. Biochem. Behav. 51: 767-773, 1995

119. Gilmore JH, Watts VJ, Lawler CP, Noll EP, Nichols DE and Mailman RB. "Full" dopamine $D_1$ agonists in human caudate: biochemical properties and therapeutic implications. Neuropharmacol. 34: 481-488, 1995.

120. Snyder SE, Aviles-Garay FA, Chakraborti R, Nichols DE, Watts VJ and Mailman RB. Synthesis and evaluation of 6,7-dihydroxy-2,3,4,8,9,13b-hexahydro-1$H$-benzo[6,7]cyclo-hepta[1,2,3-$ef$][3]benzazepine, 6,7-dihydroxy-1,2,3,4,8,12b-hexahydroanthr[10,4a,4-$cd$]az-epine, and 10-aminomethyl-9,10-dihydro-1,2-dihydroxyanthracene as conformationally restricted analogues of β-phenyldopamine. J. Med. Chem. 38: 2395-2409, 1995.

121. Brewster WK, Nichols DE, Watts VJ, Riggs RM, Mottola DM, and Mailman, RB. Evaluation of cis- and trans-9- and 11-hydroxy-5,6,6a,7,8,12b-hexahydrobenzo[a]phenanthridines as structurally rigid, selective $D_1$ dopamine receptor ligands. J. Med. Chem. 38: 318-327, 1995.

122. Tancer ME, Mailman RB, Stein MB, Mason GA, Carson SW, and Golden RN. Neuroendocrine responsivity to monoaminergic system probes in generalized social phobia. Anxiety 1: 216-223, 1994/1995.

123. Knoerzer TA, Watts VJ, Nichols DE, and Mailman RB. Synthesis and biological evaluation of a series of substituted benzo[$a$]phenanthridines as agonists at $D_1$ and $D_2$ dopamine receptors. J. Med Chem. 38:3062-3070, 1995. .

124. Wyrick SD, Booth RG, Myers AM, Owens CE, Bucholtz EC, Hooper PC, Kula NS, Baldessarini RJ, and Mailman RB. 1-Phenyl-3-amino-1,2,3,4-tetrahydronaphthalenes and related derivatives as ligands for the neuromodulatory sigma 3 receptor: further structure-activity relationships. J. Med. Chem. 38: 3857-64, 1995.

125. Watts, V.J., Lawler, C.P., Gonzales, A.J., Zhou, Q.Y., Civelli, O., Nichols, D.E., and Mailman, RB Spare receptors and intrinsic activity: Studies with $D_1$ dopamine receptor agonists. Synapse 21: 177-187, 1995.

126. Lawler, C.P., Gilmore, J.H., Watts, V.J., Walker, Q.D., Southerland, S.R., Cook, L.L., Mathis, C.A., and Mailman, RB Interhemispheric modulation of dopamine receptor interactions in unilateral 6-OHDA rodent model. Synapse 21: 299-311, 1995.

127. Blake BL, Rose RL, Mailman RB, Levi PE and Hodgson E. Metabolism of thioridazine by microsomal monooxygenases: relative roles of P450 and flavin-containing monooxygenase. Xenobiotica 25: 377-393, 1995.

128. Mottola, D.M., Laiter, S., Watts, V.J., Tropsha, A., Wyrick, S.D., Nichols, D.E., and Mailman, RB Conformational analysis of $D_1$ dopamine receptor agonists: Pharmacophore assessment and receptor mapping. Journal of Medicinal Chemistry 39: 285-296, 1996.

129. Ghosh, D, Snyder SE, Watts VJ, Mailman RB, and Nichols DE. 8,9-Dihydroxy-2,3,7,11b-tetrahydro-1H-naph[*1,2,3-de*]isoquinoline: a potent full dopamine $D_1$ agonist containing a rigid β-phenyl dopamine pharmacophore. J. Med. Chem., 39, 549-555, 1996.

130. Walker QD, and Mailman RB. Triadimefon and triadimenol: effects on monoamine uptake and release. Toxicol. Appl. Pharmacol. 129: 227-233, 1996.

131.  Smith HP, Lawler CP, Nichols DE and Mailman RB. Locomotor inhibition, yawning, and vacuous chewing induced by the post-synaptic $D_2$ dopamine receptor agonist N-n-propyl-dihydrexidine. European Journal of Pharmacology. 323: 27-36, 1997.

132.  Negash, K., Nichols, D.E., Watts, V.J. and Mailman, RB. Further definition of the $D_1$ dopamine receptor pharmacophore: synthesis of trans-6,6a,7,8,9,13b-hexahydro-5*H*-benzo[*d*]naphth[2,1-*b*]azepines as rigid analogues of β-phenyldopamine. J. Med. Chem., 40: 2140-2147, 1997.

133.  Bunin MA, Prioleau C, Mailman RB, and Wightman RM. Release and uptake rates of serotonin (5-hydroxytryptamine) in the dorsal raphe and substantia nigra reticulata of the rat brain. J. Neurochem. 70: 1077-1087, 1998.

134.  Smith DR, Striplin CD, Geller AM, Mailman RB, Drago J, Lawler CP, and Gallagher M. Behavioral assessment of mice lacking $D_{1A}$ dopamine receptors. Neuroscience 86: 135-146, 1998.

135.  Lewis, M.M., Watts, V.J., Lawler, C.P., Nichols, DE and Mailman, RB Homologous Desensitization of the $D_{1A}$ dopamine receptor: Efficacy in causing desensitization dissociates from both receptor occupancy and functional potency. J. Pharmacol. Exp. Ther. 286:345-353, 1998.

136.  Monte AP, Marona-Lewicka D, Lewis MM, Mailman RB, Wainscott DB, Nelson DL, and Nichols DE. Substituted naphthofurans as hallucinogenic phenethylamine-ergoline hybrid molecules with unexpected muscarinic antagonist activity. J. Med. Chem. 41: 2134-2145, 1998.

137.  Duncan, G.E., Mailman, R.B., Leipzig, J.N., and Lieberman, J.A. Differential effects of clozapine and haloperidol on ketamine-induced brain metabolic activation. Brain Research 812: 65-75, 1998.

138.  Andersson, C., Chakos, M., Mailman, R.B., and Lieberman, J.A. Emerging roles for novel antipsychotic medications in the treatment of schizophrenia. Psychiatric Clinics of North America: Schizophrenia. 21: 151-179, 1998.

139.  Lieberman, J.A., Mailman, R.B., Duncan, G., Sikich, L., Chakos, M., Nichols, D.E., and Kraus, J.E. Serotonergic Basis of Antipsychotic Drug Effects in Schizophrenia. Biol. Psychiatr. 44:1099-1117, 1998.

140.  Lawler CP, Prioleau C, Lewis MM, Mak C, Jiang D, Schetz JA, Gonzalez AM, Sibley DR, Mailman RB. Interactions of the novel antipsychotic aripiprazole (OPC-14597) with dopamine and serotonin receptor subtypes. Neuropsychopharmacol. 20:612-627, 1999.

141.  Doll MK, Nichols DE, Kilts JD, Prioleau C, Lawler CP, Lewis MM, and Mailman RB. Synthesis and dopaminergic properties of benzo-fused analogues of quinpirole and quinelorane. J. Med. Chem. 42:935-940, 1999.

142.  Montague, D.M., Striplin, C.D., Overcash, S., Mailman, RB and Lawler, C.P. Developmental regulation of the $D_1$ receptor in human caudate and putamen. Neuropsychopharmacology 21: 641-649, 1999.

143.  Hoffman B, Cho S-J, Zheng W, Wyrick S, Mailman RB, Nichols DE and Tropsha A.Comparative QSAR Analyses of dopamine $D_1$ antagonists using comparative molecular field analysis (CoMFA), genetic algorithms-partial least squares, and nearest neighbor methods. J. Med. Chem. 42: 3217-3226, 1999.

144.  Gulwadi AG, Korpinen CD, Mailman RB, Nichols DE, Sit S-Y, and Taber M. J. Dinapsoline: characterization of a $D_1$ dopamine receptor agonist in a rat model of Parkinson's Disease. J. Pharmacol. Exp. Ther. 296: 1-7, 2001.

145.  Montague DM, Striplin CD, Overcash JS, Drago J, Mailman RB and Lawler CP. Quantification of $D_{1B}$ ($D_5$) receptors in dopamine $D_{1A}$ receptor-deficient mice. Synapse 39:319-322, 2001.

146.  Miyamoto S, Mailman RB, Lieberman JA, and Duncan GE. Blunted brain metabolic response to ketamine in mice lacking $D_{1A}$ dopamine receptors. Brain Res. 894: 167-180, 2001.

147.  Mailman RB, Huang X, and Nichols DE. Dopamine $D_1$ full agonists and Parkinson's disease. Curr. Opin. Investig. Drugs 2(11) 1582-1591, 2001.

148.  Mottola, DM, Lawler CP, Jones SR, Einhorn L, Booth RG, Wightman M, Nichols DE and Mailman RB. Functional selectivity of dopamine $D_2$ receptors. I. Novel postsynaptic functional selectivity of dihydrexidine and its analogs in the rat central nervous system. J. Pharmacol. Exp. Ther. 301: 1166-1178, 2002.

149.  Kilts JD, Smith H, Lawler CP, Oxford G, Nichols DE, O'Malley KL, Todd R, and Mailman RB. Functional selectivity of dopamine $D_2$ receptors. II. $D_2$ mediated functional selectivity of dihydrexidine and its analogs in model systems. J. Pharmacol. Exp. Ther. 301: 1179-1189 2002.

150.  Andersson C, Hamer R, Lawler CP, Mailman RB, and Lieberman JA. Striatal Volume Changes in the Rat Following Long-Term Administration of Typical and Atypical Antipsychotic Drugs Neuropsychopharmacology 27: 143-151, 2002

151.  Qandil AM, Lewis MM, Jassen A, Mailman RB, and Nichols DE. Synthesis and pharmacological evaluation of substituted naphth[1,2,3-*de*]isoquinolines (dinapsoline analogs) as $D_1$ and $D_2$ dopamine receptor ligands. Bioorg. Med. Chem. 11(7): 1451-1464, 2003.

152.  Leonard SK, Petitto JM, Anderson CM, Mooney DH, Lachowicz JE, Schulz DW, Kilts CD, and Mailman RB. $D_1$ Dopamine Receptors in the Amygdala Exhibit Unique Properties. In: The Amygdala in Brain Function: Basic and Clinical Approaches. Ann. NY Acad. Sci. 985: 1-4, 2003.

153.  Shapiro DA, Renock S, Arrington E, Sibley DR, Chiodo LA, Roth BL, and Mailman RB. Aripiprazole, a novel atypical antipsychotic drug with a unique and robust pharmacology. Neuropsychopharmacology 28: 1400-1411, 2003.

154.  Leonard SK, Anderson CM, Lachowicz JE, Schulz DW, Kilts CD, and Mailman RB. Amygdaloid $D_1$ receptors are not linked to stimulation of adenylate cyclase. Synapse 50:320-333, 2003.

155.  Sit S-Y, Xie K, Jacutin-Porte S, Boy KM, Seanz J, Taber MT, Gulwadi AG, Korpinen CD, Burris KD, Molski TF, Ryan E, Xu C, Verdoorn T, Johnson G, Nichols DE, and Mailman RB. Synthesis and SAR exploration of dinapsoline analogues. Bioorg. Med. Chem. 12: 715-734, 2004.

156.  Grubbs RA, Lewis MM, Owens-Vance C, Arrington EK, Jassen AK, Mailman RB, and Nichols DE. 8,9-Dihydro-1,2,3,11b-tetrahydrochromeno[4,3,2,-*de*]isoquinoline (dinoxyline), a high affinity and potent agonist at all dopamine receptor isoforms. Bioorg. Med. Chem. 12: 1403-1412, 2004.

157.    Gay EA, Urban JD, Nichols DE, Oxford GS and Mailman RB. Functional selectivity of $D_2$ receptor ligands in a CHO h$D_{2L}$ cell line: evidence for induction of ligand-specific receptor states. Mol. Pharmacol. 66: 97-105. 2004.

158.    Ryman-Rasmussen JP, Nichols DE, and Mailman RB. Differential activation of adenylate cyclase and receptor internalization by novel dopamine $D_1$ receptor agonists. Mol Pharmacol 68(4): 1039-48. 2005.

159.    Padilla S, Marshall RS, Hunter DL, Oxendine S, Moser V, Southerland SB, and Mailman RB. Neurochemical Effects of Chronic Dietary and Repeated High-Level Acute Exposure to Chlorpyrifos in Rats. Toxicol. Sci. 88: 161-171, 2005.

160.    Oloff S, Mailman RB and Tropsha A. Application of Validated QSAR Models of $D_1$ Dopaminergic Antagonists for Database Mining. J. Med. Chem. 48: 7322-7332, 2005.

161.    Mailman RB and Gay EA. Novel Mechanisms of drug action: Functional selectivity at $D_2$ dopamine receptors (a lesson for drug discovery). Med. Chem. Res. 13 (1/2) 115-126, 2004.

162.    Leonard SK, Ferry-Leeper P, and Mailman RB. Low affinity binding of the classical $D_1$ antagonist SCH23390 in rodent brain: Potential interaction with $A_{2A}$ and $D_2$-like receptors. Brain Res. 1117: 25-37, 2006.

163.    Lewis MM, Huang X, Nichols DE and Mailman RB. $D_1$ and functionally selective dopamine agonists as neuroprotective agents in Parkinson's disease. CNS & Neurolog Dis – Drug Targets 5: 345-353, 2006 (PMID: 16787233).

164.    Urban JD, Vargas GA, von Zastrow M, and Mailman RB. Aripiprazole has functionally selective actions at dopamine $D_2$ receptor-mediated signaling pathways Neuropsychopharmacol. 32: 67-77, 2007 PMID: 16554739.

165.    Urban JD, Clarke WP, von Zastrow M, Nichols DE, Kobilka B, Weinstein H, Javitch JA, Roth BR, Christopoulos A, Sexton PM, Miller K, Spedding M, Mailman RB. Functional selectivity and classical concepts of quantitative pharmacology (Perspective in Pharmacology). J. Pharmacol. Exp. Ther. 320: 1-13, 2007 PMID: 16803859 [Journal Cover].

166.    Ryman-Rasmussen JP and Mailman RB. Targeting of dopamine $D_1$ receptor subcellular localization by novel agonists. Neuropharmacol. 52: 562-575, 2007 PMID: 17067639.

167.    Huang X, Miller WC, Chen H, Mailman RB, Woodard JL, Chen P, Xiang D, Murrow R, Wang Y-Z . Lower LDL cholesterol levels is associated with Parkinson's disease: a case control study. Mov. Disord. 22(3):377-381, 2007. PMID: 17177184

168.    George MS, Molnar CE, Grenesko EL, Anderson B, Mu Q, Johnson K, Nahas Z, Knable M, Fernandes P, Juncos J, Huang X, Nichols DE, Mailman RB, A single 20 mg dose of dihydrexidine (DAR-0100), a full $D_1$ dopamine agonist, is safe and tolerated in patients with schizophrenia. Schizophr Res. 2007 Jul;93(1-3):42-50. Epub 2007 Apr 30. PMID: 17467956.

169.    Lewis MM, Slagle CG, Smith DB, Truong Y, Bai P, McKeown M, Mailman RB, Belger A, Huang X. Task specific influences of Parkinson's disease on the striato-thalamo-cortical and cerebello-thalamo-cortical motor circuitries. Neuroscience. 2007 Jun 15;147(1):224-35. Epub 2007 May 17. PMID: 17499933.

170.    Mu Q, Johnson K, Morgan P, Gresesko EL, Molnar CE, Anderson B, Nahas Z, Kozel FA, Knable M, Fernandes P, Nichols DE, Mailman RB, George MS. A single 20 mg dose of dihydrexidine, a full $D_1$ dopamine agonist, produces increased perfusion in the prefrontal cortex in patients with schizophrenia. Schizophr Res. Jun 25; [Epub ahead of print (in press), 2007 PMID: 17596915.

171.    Mailman RB. GPCR functional selectivity has therapeutic impact. Trends Pharmacol. Sci. (in press August, 2007) [Journal Cover].

## BOOK CHAPTERS AND PROCEEDINGS (CHRONOLOGICAL ORDER):

1.    Hodgson, E, RM Philpot, RC Baker and RB Mailman. The effect of synergists on drug metabolism. In: RW Estabrook et al, (eds.) Microsomes and drug oxidations. Williams and Wilkins, Baltimore. pp. 391-401, 1973.

2.    Longmuir, IS, A Young and R Mailman. Induction by hypoxia of a new haemoglobin-like pigment. Adv. Exp. Med. Biol. 94: 297-300, 1977

3.    Breese, GR, RA Mueller, A Hollister and R Mailman. Importance of dopaminergic pathways and other neural systems to behavior and action of psychotropic drugs. Fed. Proc. 37: 2429-2433, 1978

4.    Breese, GR, RA Mueller, RB Mailman, GD Frye and RA Vogel. An alternative to animal models of central nervous system disorders: study of drug mechanisms and disease symptoms in animals. Prog. Neuropsychopharm. Biol. Psychiatr. 2: 313-325, 1979

5.    Breese, GR, RB Mailman, RA Mueller and DBA Lundberg. In vivo cyclic nucleotide content: effects of dopaminergic agonists and antagonists. In: E Usdin, I Kopin, and J Barchas, (eds.) Catecholamines: Basic and Clinical Frontiers, Volume 1. Pergamon Press, New York. pp. 526-528, 1979.

6.    Lipton, MA, CB Nemeroff and RB Mailman. Hyperkinesis and food additives. In: R Wurtman, and J Wurtman, (eds.) Nutrition and the Brain, Volume 4. Raven Press, New York. pp. 1-27, 1979.

7.    Lipton, MA, RB Mailman and CB Nemeroff. Vitamins, megavitamins therapy and the nervous system. In: R Wurtman, and J Wurtman, (eds.) Nutrition and the Brain, Volume 3. Raven Press, New York. pp. 183-264, 1979.

8.    Pappas, BA, TK Harden, RB Mailman, JH Wilson, RA Mueller and GR Breese. Neuronal and behavioral plasticity after noradrenergic lesions of developing rats. In: E Usdin, I Kopin, and J Barchas, (eds.) Catecholamines: Basic and Clinical Frontiers, Volume 1. Pergamon Press, New York. pp. 839-841, 1979.

9.    Breese, GR, T Gualtieri, RB Mailman, RA Mueller, W Youngblood, RA Vogel and JH Wilson. Developmental neuropsychopharmacology: preclinical and clinical studies of the hyperkinetic syndrome. In: A Raskin, (ed.) The Influence of Age on the Pharmacology of Psychoactive Drugs. Raven Press, New York. pp. 63-78, 1980.

10.    Frye, GD, RA Vogel, RB Mailman, MG Ondrusek, JH Wilson, RA Mueller and GR Breese. A comparison of behavioral and neurochemical effects of ethanol and chlordiazepoxide. Adv. Exp. Med. Biol. 132: 729-737, 1980

11.    Mailman, RB and JA Sidden. Food additives. In: FE Guthrie, and JJ Perry, (eds.) Introduction to Environmental Toxicology. Elsevier, Amsterdam. pp. 313-328, 1980.

12.  Mailman, RB, GD Frye, RA Mueller and GR Breese.  The effects of thyrotropin-releasing hormone (TRH) and other drugs on the actions of alcohol. Adv. Exp. Med. Biol. 126: 509-522, 1980

13.  Mailman, RB. Biochemical Toxicology of the Central Nervous System. In: E Hodgson, and FE Guthrie, (eds.) Introduction to Biochemical Toxicology. Elsevier, Amsterdam. pp. 224-244, 1980.

14.  Mailman, RB. Heavy Metals. In: FE Guthrie, and JJ Perry, (eds.) Introduction to Environmental Toxicology. Elsevier, Amsterdam. pp. 34-43, 1980.

15.  Mueller, RA, GR Breese and RB Mailman. Behavioral and monoaminergic consequences of exposure to neurotoxins during development. In: H Parvez, and S Parvez, (eds.) Biogenic Amines in Development. Elsevier-North Holland, Amsterdam. pp. 617-639, 1980.

16.  Breese, GR, RA Mueller, RB Mailman and GD Frye.  Effects of TRH on central nervous system function. Prog. Clin. Biol. Res. 68: 99-116, 1981

17.  Mailman, RB and P Morell. Neurotoxicants and membrane associated functions. Rev. Biochem. Toxicol. 4: 213-255, 1982

18.  DeHaven, DL and RB Mailman.  The use of radioligand binding techniques in neurotoxicology. Rev. Biochem. Toxicol. 5: 193-238, 1983

19.  Mailman, RB, TJ McCown and CD Kilts. Animal models in psychoneuroendocrinology. In: CB Nemeroff, and A Dunn, (eds.) Peptides, Hormones, and Behavior. SP Medical and Scientific pp. 893-912, 1983.

20.  Mailman, RB and MH Lewis.  Food additives and childhood hyperactivity. Bol. Asoc. Med. PR. 75: 551-553, 1983

21.  Mailman, RB and MH Lewis.  Food additives and childhood hyperactivity. Contemp. Nutr. 8(6): 1-2, 1983

22.  Mailman, RB and MH Lewis.  Food additives and childhood hyperactivity. ASDC. J. Dent. Child. 50: 283-286, 1983

23.  Lewis, MH , JN Mobilio, DJ Rissmiller and RB Mailman.  Thioridazine pharmacodynamics: clinical effects may depend upon drug metabolism. J. Am. Osteopath. Assoc. 84: 124-128, 1984

24.  Lewis, MH and RB Mailman.  Developmental disorders and defined diets. Cer. Foods World 29: 152-154, 1984

25.  Mailman, RB and DL DeHaven. Responses of neurotransmitter systems to toxicant exposure. In: T Narahashi, (ed.) Cellular and Molecular Neurotoxicology. Raven Press, New York. pp. 207-224, 1984.

26.  Twery, MJ, RB Mailman, MH Lewis and CW Cooper. Alterations of behavior of the rat by calcitonin administered centrally is not associated with alteration in brain dopamine levels or binding of dopamine to brain receptors. In: DV Cohn, T Fujita, JT Potts, and RV Talmadge, (eds.) Endocrine Control of Bone and Calcium Metabolism. Excerpta Medica, New York. pp. 180-183, 1984.

27.  Mailman, RB, E Widerlöv, CD Kilts and MH Lewis.  Thioridazine - an atypical neuroleptic? Nordisk Psykiatrisk Tidsskrift (Nordic Psychiat. J.) 39: 385-405, 1985

28.  Wyrick, SD and RB Mailman. Synthesis of tritium-labeled (+) 7-chloro-8-hydroxy-3-methyl-1-phenyl-2,3,4,5-tetrahydro-1H-3-benzazepine (SCH23390). In: RR Muccino, (ed.) Synthesis and Applications of Isotopically Labelled Compounds 1985. pp. 165-166, 1985.

29.  DeHaven, DL and RB Mailman. Behavior-neurochemistry interactions. In: Z Annau, (ed.) Neurobehavioral Toxicology. Johns Hopkins University Pres, Baltimore. pp. 214-243, 1986.

30.  Mailman, RB, DW Schulz, CD Kilts, MH Lewis, H Rollema and S Wyrick. The multiplicity of the $D_1$ dopamine receptor. Adv. Exp. Med. Biol. 204: 53-72, 1986

31.  Mailman, RB. Mechanisms of CNS injury in behavioral dysfunction. Neurotoxicol. Teratol. 9: 417-426, 1987

32.  Mailman, RB and MH Lewis.   Neurotoxicants and central catecholamine systems. Neurotoxicology. 8: 123-139, 1987

33.  Mailman, RB, BE Mileson and MH Lewis. Neurotoxicity expressed as alterations of cell-cell interaction. In: HA Milman, and E Elmore, (eds.) Biochemical Mechanisms and Regulation of Intracellular Communication. Princeton Scientific Publishing, Princeton. pp. 97-111, 1987.

34.  Morell, P and RB Mailman. Selective and nonselective effects of organometals on brain neurochemistry. In: HA Tilson, and S Sparber, (eds.) Neurotoxicants and Neurobiological Function: Effects of Organoheavy Metals. pp. 201-229, 1987.

35.  Lewis, MH , AA Baumeister and RB Mailman.  A neurobiological alternative to the perceptual reinforcement hypothesis of stereotyped behavior: a commentary on "Self-stimulatory behavior and perceptual reinforcement. J. Appl. Behav. Anal. 20: 253-258, 1987

36.  Kilts, CD, CM Anderson, TD Ely and RB Mailman.  The biochemistry and pharmacology of mesoamygdaloid dopamine neurons. Ann. N. Y. Acad. Sci. 537: 173-187, 1988

37.  Lewis, MH and RB Mailman. Psychotropic drug blood levels: measurement and relation to behavioral outcome in mentally retarded clients. In: MG Aman, and NN Singh, (eds.) Psychopharmacology of Developmental Disabilities. Springer-Verlag, New York. pp. 58-81, 1988.

38.  Lewis, MH and RB Mailman. Effects of lithium on the renin-angiotensin system. In: N Johnson, (ed.) Lithium and the Endocrine System (Lithium Therapy Monographs, Vol. 2). pp. 9-19, 1988.

39.  Mailman, RB, Martin, P, Walker, QD and MH Lewis. "Neurotoxicology and Food Safety Assessment" In: John Hathcock (ed.). Nutritional Toxicology, Volume III: 21-40, 1989.

40.  Kuhn, C.M. and Mailman, R.B.. Developmental Neurotoxicology. In: M. Abou-Donia (ed.) Neurotoxicology. CRC Press. 1991.

41.  Mailman, RB and Lawler CP. Receptor-toxicant interactions. In: E Hodgson and P. Levi, (eds.) Introduction to Biochemical Toxicology. Second Edition. Elsevier, Amsterdam. 1993.

42.  Mailman, RB, Lawler CP and Martin P. Biochemical Toxicology of the Central Nervous System. In: E Hodgson and P. Levi (eds.) Introduction to Biochemical Toxicology. Second Edition. Elsevier, Amsterdam. 1993.

43.  Lewis, M.H., Gluck, J.P., Bodfish, J., and Mailman, RB Neurobiological basis of stereotyped behavior in animals and humans. In R.L. Sprague and K.M. Newell (eds.) Stereotypies: brain-behavior relationships, Washington, D.C.: American Psychological Association Press. 1995.

44. Hodgson E, Blake BL, Levi PE, Genter MB, Mailman RB, Lawton MP, and. Philpot RM, Flavin-containing monooxygenases: substrate specificity and complex metabolic pathways. In Molecular Aspects of Oxidative Drug Metabolizing Enzymes (E. Arinc, E. Hodgson, and J. B. Schenkman, Eds.) Springer-Verlag, Berlin, pp. 225-236, 1995.

45. Mailman RB, Mayleben M, and Lawler CP. Effects of Toxic Metals on Neurotransmitters. In: Toxicology of Metals L. Magos, T. Suzuki, and L. Chang, eds. CRC Press, 1996.

46. Mailman RB, Nichols DE, and Tropsha A "Molecular Drug Design for Dopamine Receptors" The Dopamine Receptors, K. Neve and R. Neve (eds.), Humana Press, pp. 105-133, 1996.

47. Mailman RB, Nichols DE, Lewis MM, Blake B, and Lawler CP. "Functional Effects of Novel Dopamine Ligands: Dihydrexidine and Parkinson's Disease as a First Step". Dopamine Receptor Subtypes: From Basic Science to Clinical Application. P. Jenner & R. Demirdemar (eds.), IOS Press. Pp. 64-83. 1998.

48. Lieberman, JA and Mailman, RB. Decline of dopamine: effects of age and acute neuroleptic challenge. Am. J. Psychiatry 155: 319-323, 1998.

49. Mailman RB and Nichols DE. Dopamine $D_1$ receptor agonists as antiparkinson drugs. Trends Pharmacol Sci. 19: 255-256, 1998.

50. Miyamoto S, Duncan GE, Mailman RB and Jeffrey A. Lieberman. Developing novel antipsychotic drugs: strategies and goals. Current Opinion in Central & Peripheral Nervous System Investigational Drugs. 2: 25-39, 2000

51. Mailman, RB and Lawler CP. Receptor-toxicant interactions. In: E Hodgson and R. Smart, (eds.) Introduction to Biochemical Toxicology. Third Edition. Elsevier, Amsterdam. 2001. pp. 277-307.

52. Blake, B., Lawler CP, and Mailman, RB. Biochemical Toxicology of the Central Nervous System. In: E Hodgson and R. Smart, (eds.) Introduction to Biochemical Toxicology. Third Edition. Elsevier, Amsterdam. 2001. pp. 453-486.

53. Huang X, Lawler CP, Nichols DE, Lewis MM, and Mailman RB. Dopamine $D_1$ Receptors. International Review of Neurobiology 48: 66-138, 2001.

54. Mailman RB, Huang X, and Nichols DE. Dopamine $D_1$ full agonists and Parkinson's disease. Current Opin in Investigational Drugs 2(11): 1582-1591, 2001 (PMID: 11763161)

55. Koller WC and Mailman RB. "Are animal models required for therapeutic research? No." Moving Along 7(1): 7, 2005.

56. Mailman RB. and Huang X. Chapter 4. Dopamine Receptor Pharmacology In: Handbook of Clinical Neurology (3rd Series) Parkinson's Disease and Related Disorders (W. Koller, E. Melamed, Eds.) (in press, 2007).

57. Mailman RB. Chapter 19. Toxicant-Receptor Interactions: Fundamental Principles. Introduction to Biochemical and Molecular Toxicology, Fourth Edition, E. Hodgson and R. Smart (eds). (in press 2007)

## INVITED PRESENTATIONS:

1. April, 1974. University of Cincinnati, Department of Environmental Health, Cincinnati, OH. "Multiplicity of cytochrome P450 in uninduced rats and mice."

2. September, 1974. University of Michigan, Department of Environmental and Industrial Health, Ann Arbor, MI. "Multiplicity of cytochrome P450: Effects of inducing agents."

3.   August, 1978. Groningen University, Groningen, the Netherlands.  Department of Medicinal Chemistry. "Is there a direct role of dopaminergic neurons in regulating cerebellar cGMP?"

4.   March, 1979. University of North Carolina School of Medicine, Department of Psychiatry Grand Rounds, Chapel Hill, NC. "Lithium interactions with chronic haloperidol treatment."

5.   September, 1981. Duke University, Neurobehavioral and Psychopharmacology Training Program, Durham, NC. "Drug Metabolism and Antipsychotic drugs."

6.   January, 1982. National Institutes of Health - Consensus Development Symposium on "Diet and Childhood Hyperactivity", Washington, DC.   "The example of red dye number 3: neurotoxin or no toxin."

7.   May, 1982. National Institute of Environmental Health Sciences, Laboratory of Neurobehavioral Toxicology and Teratology, Research Triangle Park, "CNS sensitivity changes: Drugs, toxicants and receptors."

8.   May, 1982. University of Minnesota, Department of Pharmacology, Minneapolis, MN. "Actions of thioridazine in vitro. Drug metabolism as an essential component of CNS action.

9.   October, 1982. American Association of Cereal Chemists National Meeting, San Antonio, TX, "Sensitivity to food additives" in Symposium on "Food Allergies"

10.  October, 1982. University of Texas Medical Branch, Department of Pharmacology, Galveston, TX. "Regulation of the sensitivity of dopamine neurons:  Is receptor regulation the primary mechanism"

11.  June, 1983. Synthelabo, Inc., Paris, France.  "Are receptors always involved in supersensitivity"

12.  June, 1983. Groningen University, Groningen, the Netherlands.  Department of Biological Psychiatry. "Artifacts of the neuroleptic radioreceptor assay."

13.  June, 1983. Groningen University, Groningen, The Netherlands.  Department of Medicinal Chemistry. "Metabolism and the actions of thioridazine."

14.  June, 1983. University of Uppsala and Ulleracker Hospital, Uppsala, Sweden. "Pharmacology of thioridazine."

15.  August, 1983. San Diego, CA. Symposium on Molecular and Cellular Mechanisms of Neurotoxicity. "Effects of Neurotoxicants on Neurotransmitter Function".

16.  March, 1984. University of Texas Medical Branch, Galveston, TX.   Department of Pharmacology. "Redefining function of dopamine receptors".

17.  April, 1984. Bowman-Gray School of Medicine of Wake Forest University, Winston-Salem, NC. Department of Pharmacology. "Redefining function of multiple dopamine receptors."

18.  May, 1984. Northwestern University, Chicago, IL. Departments of Pathology, Physiology and Pharmacology-Minisymposium on Biochemical Mechanisms of Neurotoxicity. "Effects of Environmental Agents on Neurotransmitter Systems".

19.  June, 1984. US Army Medical Research Division, Edgewood Arsenal, MD.   "Redefining function of multiple dopamine receptors."

20.  June, 1984. Venice, Italy, Workshop on Novel and Atypical Antipsychotic Drugs. "$D_1$ actions of $D_2$ dopamine receptor blockers".

21.  October, 1984. University of Medicine and Dentistry of New Jersey-SOM, Camden, NJ. "The biochemistry of dopamine receptors and antipsychotic drugs".

22. February, 1985. University of North Carolina, Department of Medicinal Chemistry. "Benzazepines as novel probes of dopamine receptors".

23. March, 1985. University of Medicine and Dentistry of New Jersey-SOM, Camden, NJ. "Effects of low doses of lead on the central nervous system".

24. April, 1985. University of Arkansas Medical Center, Department of Pharmacology. "Multiplicity of dopamine receptors."

25. April, 1985. Medical College of Pennsylvania, Department of Pharmacology. "Multiplicity of dopamine receptors."

26. September, 1985. FASEB Symposium on Predicting Neurotoxicity and Behavioral Dysfunction from Preclinical Data. "Mechanisms of CNS Injury in Behavioral Dysfunction."

27. November, 1985. University of Pennsylvania, Department of Pharmacology. "Some aspects of the multiplicity and function of dopamine receptors".

28. December, 1985. American College of Neuropsychopharmacology - Symposium on $D_1$ dopamine receptors. "Multiplicity of $D_1$ dopamine receptors".

29. April, 1986. U.S.-Sweden Collaborative Workshop in Toxicology. National Institutes of Environmental Health Sciences, Research Triangle Park, NC.

30. August, 1986. American Chemical Society. Middle Atlantic Section, Baltimore, Md. Symposium: Chemical Indices of Neurotoxicity. "Neurotoxicants and central catecholamine systems".

31. October, 1987. Duke University Medical Center, Durham, NC. Department of Pharmacology. "$D_1$ Dopamine Receptors".

32. March, 1988. Purdue University. Department of Pharmacology and Toxicology. "The Pharmacology and Toxicology of $D_1$ Dopamine Receptors".

33. April, 1988. Health Effects Institute Annual Meeting, Colorado Springs. "Understanding the Factors Required to Detect or Predict Neurotoxicity".

34. September 7, 1988. Duke University Medical Center, Durham, NC. Interdisciplinary Program in Toxicology. Visiting Scholar. "Effect of toxic insult of dopamine receptors"

35. September 16, 1988. Burroughs Wellcome Inc., Research Triangle Park, NC. "Effect of toxic insult of dopamine receptors"

36. March 2, 1989: "Toxicant-induced biochemical and molecular changes that affect cell-cell communication". Invited talk in Symposium on "Neurotoxicant-induced alterations in cellular interactions". Society of Toxicology Annual Meeting, Atlanta, GA.

37. September 19, 1989. Advisory Council, National Institutes of Environmental Health Sciences. "Modern Approaches to Problems of Central Nervous System Toxicology".

38. September 20, 1989. Rutgers University. Department of Pharmacology and Toxicology. "Response of Dopamine Receptor Systems to Insult".

39. February 1, 1990. Yale University. Department of Pharmacology. "Are there multiple $D_1$ Dopamine receptors?"

40. April 25, 1990. Carrier Foundation and Clinic, Belle Mead, NJ. "Evaluating therapeutic diets: how therapeutic are they?"

41.    May 19, 1990. Michigan State University. Neuroscience Program. "$D_1$ Dopamine receptors"

42.    September 20, 1990. University of Rochester. Molecular and Biochemical Toxicology Program. "Mechanisms of Dopamine Receptor Supersensitivity"

43.    February 27, 1991. Society of Toxicology Annual Meeting, Dallas TX. "New Investigators Forum".

44.    April 17, 1991. N.C. Society of Toxicology Annual Meeting, Research Triangle Park, NC. "Implications of receptor mediated processes for human risk assessment: Neurotoxicants acting at receptors"

45.    August 22, 1991. U.S. Environmental Protection Agency Research Center, Research Triangle Park, NC. Neurotoxicology Division. "Response to Insult of Dopamine Systems"

46.    February 26, 1992. Society of Toxicology Annual Meeting, Seattle WA. Burroughs-Wellcome Award Address. "Responses of the Brain to Toxic Insult: Molecules, Models, and Medicine"

47.    February 28, 1992. Oregon Health Sciences University, Vollum Institute. "New directions in function and structure of $D_1$ dopamine receptors"

48.    April 24, 1992. FASEB Meeting. "Biochemical and molecular receptor mechanisms in synaptic responses to neurotoxic insult" in ASPET Symposium entitled: "Role of receptors and their regulatory effectors in neurotoxicity."

49.    February 23, 1993. University of Florida Health Sciences Center, Gainesville. Psychiatry Grand Rounds. "Drugs for Dopamine Systems: New Directions in the Treatment of Psychiatric and Neurologic Disorders."

50.    March 3, 1993. University of North Carolina, Curriculum in Toxicology. "Accommodating for Insult to Dopamine Neurons: Chemical and Idiopathic Parkinsonism."

51.    February 11, 1994. Hoechst Roussel Pharmaceuticals, Bridgewater, NJ. "Molecular drug design and dopamine receptors."

52.    April 15, 1994: Otsuka Pharmaceutical Corp., Osaka Japan. "Molecular Pharmacology of OPC-14597".

53.    April 15, 1994: Otsuka Pharmaceutical Corp., Osaka Japan. "New Concepts of Drug Selectivity: Functional Selectivity Based on Cellular Localization".

54.    October 11, 1994: Department of Toxicology, North Carolina State University. "Parkinson's Disease: Toxicological Cause? Toxicological Cure?"

55.    December 8, 1994: Neurobiology Curriculum, University of North Carolina, Chapel Hill. "The Functional Selectivity Hypothesis: A Novel Mechanism Explaining Receptor-Mediated Drug Selectivity?"

56.    May 17, 1995. Neurology Grand Rounds, University of North Carolina, Chapel Hill. "Molecular Drug Design and Novel Therapeutic Approaches to Treatment of Parkinson's Disease"

57.    May 17-19, 1996. Antalya, Turkey. Congress: Dopamine Receptor Subtypes: From Basic Science to Clinic "Functional Effects of Novel Dopamine Ligands: Dihydrexidine and Parkinson's Disease as a First Step."

58.    September 8, 1997: Department of Medicinal Chemistry, University of North Carolina, Chapel Hill. "$D_1$ dopamine receptors: from molecular modeling to medicine."

59. September 9, 1997: Department of Pharmacology, University of North Carolina, Chapel Hill. "$D_1$ Dopamine Receptors: From Computer to Clinic."

60. Oct. 9-13, 1997: Noram International Symposium on Gene and Transplant Therapy for Parkinson's Disease and Other Neurological Disorders, Beijing, China. "Advances in the Pharmacotherapy of Parkinson's Disease".

61. December 17-18, 1997: Ada County (Idaho) Medical Education Consortium "Therapy of Parkinson's Disease: Present and Future."

62. March 19, 1998. Psychiatry Grand Rounds, University of North Carolina, Chapel Hill. "Novel mechanisms for pharmacotherapy of schizophrenia and movement disorders".

63. March 21, 1998: North Carolina State University. First Annual Distinguished Alumni Lecture "Novel Therapies: An Interdisciplinary Approach".

64. November 18, 1998. Northwestern University. "Molecular design of dopaminergic ligands: novel mechanisms for pharmacotherapy of schizophrenia and Parkinson's disease".

65. 1999-01-07. University of North Carolina. Center for Alcohol Studies. "Novel receptor mechanisms influencing pharmacotherapeutic approaches to treatment of drug abuse".

66. 1999-04-15. Purdue University. Department of Medicinal Chemistry and Molecular Pharmacology "Functional selectivity: a novel mechanism of drug-receptor interaction."

67. 1999-04-16. Lilly Pharmaceuticals Inc., Indianapolis IN "Functional Selectivity: a drug as both agonist and antagonist."

68. 1999-07-07. College of Veterinary Medicine, Mississippi State University. "Molecular aspects and consequences of ligand interaction with dopamine receptors."

69. 1999-09-13. NC Mental Health Meeting: Hargrave Award Address "Treatment of Psychiatric and Neurological Disorders: The Next Millenium", Southern Pines NC.

70. 1999-10-04. Department of Neuroscience, Columbia University. "Molecular recognition of dopamine $D_1$ receptors: towards novel therapeutics."

71. 1999-11-17. Neurology Grand Rounds, University of North Carolina, Chapel Hill. "Parkinson's disease: the neuroscience of therapeutic breakthroughs"

72. 2000-01-20. King's-Guy's-St. Thomas Schools of Medicine, London UK. "Novel $D_1$ Agonists in Parkinson's Pharmacotherapy"

73. 2000-04-06. Schering-Plough Pharmaceuticals, Kenilworth NJ. "Molecular mechanisms and therapeutic implications of dopamine $D_1$ agonists"

74. 2000-04-25. Memory Pharmaceuticals, New York, NY. "Mechanisms and application of novel dopamine agonists."

75. 2000-11-01. Parkinson Disease Center, Baylor University. "Novel pharmacotherapeutic approaches to the treatment of Parkinson's disease."

76. 2000-11-04. Society for Neuroscience, New Orleans, Annual Meeting. "The binding site of the dopamine $D_1$ and $D_5$ receptors" in Satellite Symposium "Subtype-selective molecular determinants of the 'binding-site crevice' of biogenic amine G protein-coupled receptors (GPCR)".

77. 2001-03-15. Pfizer, Inc., Groton CT. "Structural and functional studies of the activation of $D_1$ dopamine receptors and the implications for pharmacotherapeutics."

78. 2001-04-05. Emory University, Department of Neurology, Atlanta GA. "Structural and functional studies of the activation of $D_1$ dopamine receptors: implications for neurotherapeutics".

79. 2001-10-30. Biopsychology Program, University of North Carolina. "Biobehavioral Actions of Dopamine $D_1$ Agonists: From Computer to Clinic."

80. 2001-11-01. Case-Western University, Department of Biochemistry, Cleveland OH. "Structural and functional studies of the activation of $D_1$ dopamine receptors: implications for neurotherapeutics".

81. 2002-03-26. Parkinson's Disease Institute, Sunnyvale CA. "Parkinson's Disease Pharmacotherapy: The New from the Old."

82. 2002-04-05. University of North Carolina, Neuroscience Center. "The neuroscience of using drugs before Parkinson's disease is 'cured'."

83. 2002-06-12. NCDEU Annual Meeting, Boca Raton FL. "Current issues in the development of $D_1$ dopamine receptor agonists" in "New Approaches to the Treatment of Cognitive Disturbances in Schizophrenia."

84. 2002-09-09. Northwestern University, Division of Pulmonary and Critical Care Medicine. "Perspective on dopamine $D_1$ and mixed agonists: novel molecular mechanisms and therapeutic possibilities."

85. 2003-04-09. Lilly/Sphinx Pharmaceuticals. "Functional selectivity as a mechanism for novel drug discovery."

86. 2003-08-19. Pfizer Pharmaceuticals, Ann Arbor MI. "Functional selectivity and CNS drug action."

87. 2003-09-07. 14th Camerino-Noordwijkerhout Symposium "Ongoing Progress in the Receptor Chemistry," Camerino, Italy.

88. 2003-09-18. Purdue University Neuroscience Program. "Breakthrough Therapy for Parkinson's Disease: advances, however SLOW, SHAKE up old RIGID ideas."

89. 2003-12-11. American College of Neuropsychopharmacology Panel, San Juan. "Functional selectivity of dopamine receptor ligands predicts novel behavioral effects: examples from the lab (DAR-0101) to the clinic (aripiprazole)" in Panel "Functional Selectivity of Receptor Signaling: Epiphenomenon or New Opportunity for Drug Discovery?"

90. 2004-02-06. Columbia University, New York NY. "Functional selectivity of dopamine receptor ligands predicts novel behavioral effects."

91. 2005-04-02. EB2005 Meeting San Diego. [Panel Presentation]: "Functional selectivity of dopamine receptor ligands predicts novel behavioral effects."

92. 2005-04-05. EB2005 Meeting San Diego. [Panel Chair] "Are Pharmacology's Ten Commandments still viable? How functional selectivity affects teaching and research."

93. 2005-04-11. Psychiatric Drug Discovery & Development (SRI; Princeton NJ) "Full $D_1$ Agonists: Novel Treatment for Cognitive Deficits in Psychiatric Disorders."

94. 2005-06-02. Current Issues in the Development of $D_1$ Dopamine Receptor Agonists IN: $D_1$ Receptor Modulation and its Implications for Cognitive Enhancement in the Schizophrenia Spectrum. Annual Meeting of the Society of Biological Psychiatry, Atlanta. GA.

95.    2006-04-10. University of Michigan, Ann Arbor, Department of Pharmacology. Dopamine receptors and their ligands (the death of intrinsic efficacy!).

96.    2006-07-12. Cong. Int. Neuropsychopharmacol (CINP) Symposium. Does receptor functional selectivity contribute to atypicality? (Symposium). Chicago, Illinois.

# ACADEMIC RESPONSIBILITIES AND SERVICE

## ADMINISTRATIVE RESPONSIBILITES:

Founder & Faculty Director (1985-2002) of CSS, a 700 user multi-departmental IT Support group.

*University Service*: School of Medicine Conflict of Interest Committee (1998-2000); Vice Chancellor's Research Advisory Committee (1994-6); UNC Environmental Health Sciences Task Force (1993); Member of three medical school Chair or Director search committees.

*Curriculum in Toxicology*: Associate Director (2002-present); Executive Committee (elected: 1985-98); Admissions Committee (1985-8); Doctoral Written Exam Committee (1985-6; 1993-5).

*Department of Pharmacology*: [recent committees] Doctoral Exam Committee (2003-4; 1990-3); Graduate Education Executive Committee (1997-9); Admissions Committee (1985-8; 1993-6); Butler Awards Committee (1989-present); Graduate Program Review Committee (1994-7)

*Neurobiology Curriculum*: Faculty Membership Committee (1982-present)

## TEACHING:

### Teaching Awards:

Department of Pharmacology Teacher of the Year Award (1995): [voted by graduate students]

### Current Teaching Responsibilities:

**PHCO56: General Pharmacology.** Course Coordinator plus 4 lecture hr.

**NBIO722-3: Cellular and Molecular Neuroscience.** 1996-present; "Receptor" block (half of 20 hr block) & 4 hr in Presynaptic mechanisms

**PHCO202: Introduction to Pharmacology and Toxicology.** CNS Coordinator plus 8 lecture hr.

**PHCO123: Medical Pharmacology:** Two lectures plus three workshops

**BIO410: Introduction to Neurobiology.** 1998-present; Lecture on dopamine and Parkinson's.

**Tox222: Biochemical Toxicology.** Receptor-Toxicant Interactions.

### Past Teaching Responsibilities:

**At UNC:** 1997-9: **MS II: Medical Pharmacology.** CNS Coordinator plus 4 lecture hr. 1981-83; 1995-2004; **CBIO 117: The Cell:** Receptor theory and analysis (5 hr); **Dental Student Pharmacology.** CNS and Analgesic Pharmacology. 1981-1994; **Medical Problems II.** Preceptor. 1991-3; **Biotransformation of Xenobiotics.** Lectures on "Metabolism as determinant of action with CNS Drugs". 1982-1987; **Neurochemistry.** Section on "Receptors". 1982-present; **Synaptic Pharmacology.** Sections on "Neurotransmitters" and "Receptors". 1979-present; **BIOL 121: Introduction to Neurobiology.** "Dopamine Systems and Parkinson's disease." 1997-2000

**At North Carolina State University:** **Biochemical Toxicology.** Lectures on "Receptors" and "Neurotoxicology" (1973-1992); **Environmental Toxicology.** Three lectures per year on topical issues (1973-1987).

## TRAINING:

### Post-Doctoral trainees:

Mark H. Lewis, Ph.D.: 1980-3. Present/Last Known Position: Professor and Assoiate Chair, Univ. of Florida Health Sciences Center, Gainesville.

Diane L. DeHaven, Ph.D.: 1981-5. Present/Last Known Position: Director of Pharmacology, Adolar Pharma Inc.

Brian Kirkpatrick, M.D.: 1984-5. Current Position: Vice Chair and Professor, Department of Psychiatry, Medical College of Georgia.

Thomas Walsh, Ph.D.: 1985-6. Present/Last Known Position: Professor, Rutgers University (deceased, 2000).

Andrew Hoffman, Ph.D.: 1987-9. Present/Last Known Position: Computational Chemist, Polygen Inc.

Soon-Chul Lee, Ph.D.: 1989-90. Fogerty International Fellow. Professor, Chungnam University, Korea.

Parthena Martin, Ph.D.: 1987-89. Present/Last Known Position: Senior Scientist, Drug Discovery, PPD Development Inc.

Kirwin Darney, Ph.D.: 1989-1991. (No longer in science)

Cindy Lawler, Ph.D.: 1987-1991. Present/Last Known Position: Extramural Program Director, National Institute of Environmental Health Sciences, NIH.

John Petitto, M.D. 1990. (Research fellow 1988-9). Present/last known Position: Professor, University of Florida Health Sciences Center, Gainesville

John Gilmore, M.D.: 1990-1991. Present/Last Known Position: Professor of Psychiatry and Vice Chair for Research, University of North Carolina.

Larry Cook, Ph.D.: 1990-1991. Present/Last Known Position: Scientist, RTP, NC

Jeffrey Brock, Ph.D.: 1994-1996. Present/Last Known Position: Assistant Professor, Murray State University

Caryn Striplin, Ph.D.: 1995-1996. Present/Last Known Position: Research Scientist, Carolinas Medical Center, Charlotte.

Candace Andersson, Ph.D.: 1996-2000. Present position: Senior Medical Scientist, Bristol-Myers Squibb.

Bonita Blake, Ph.D.: 1996-1999. Present position: Assistant Professor, Center for Alcohol Studies, UNC

Mechelle M. Lewis, Ph.D.: 1997-2001. Present position: Research Fellow, Department of Neurology, UNC

Erin Heinzen, Ph.D., 2004-2005. Present position: Fellow, Duke University

**Pre-Doctoral trainees:**

Dan H. Mooney, Toxicology, M.S., 1993. Present/Last Known Position: Senior Toxicologist, Infineum USA L.P.

Peter O. Rau, Pharmacology, M.S., 1996. Present/Last Known Position: Clinical Research Scientist, Quintiles Inc.

Michael J. Twery, Ph.D., Pharmacology (co-chair), 1983. Present/Last Known Position: Staff Scientist, NHLBI

David Schulz, Ph.D., Neurobiology, 1985. Present/Last Known Position: Group Leader, Pfizer Inc.

Diane Niedzwiecki, Ph.D., Pharmacology, 1986. Present/Last Known Position: Toxicologist, State of Colorado

Vernon Jimmerson, Toxicology, Ph.D., 1989. Present/Last Known Position: Major, U.S. Army Chemical Defense Corps.

Beth Mileson, Toxicology, Ph.D., 1989. Present/Last Known Position: Associate Director, Toxicology, Ecotoxicology and Risk Assessment Division, Toxicology Sciences Group, Inc..

Timothy W. Lovenberg, Pharmacology, Ph.D., 1990. Present/Last Known Position: Group Leader, Johnson & Johnson Research Institute.

David Mottola, Pharmacology, Ph.D., 1992. Present/Last Known Position: United Therapeutics RTP, NC.

Val Watts, Pharmacology, Ph.D., 1994. Present/Last Known Position: Associate Professor of Medicinal Chemistry and Molecular Pharmacology, Purdue, University.

David Walker, Toxicology, Ph.D., 1995. Present/Last Known Position: Research Assistant Professor, Duke University Department of Pharmacology.

Hilary Smith, Neurobiology, Ph.D., M.D., 1996. Present/Last Known Position: Psychiatrist.

Mechelle Mayleben Lewis, Ph.D., Neurobiology, Ph.D., 1997. Present/Last Known position: Research Scientist, UNC.

Jason Kilts, Pharmacology, Ph.D. 1998. Present/Last Known position: Assistant Professor, Duke University.

Cassandra Prioleau, Pharmacology, Ph.D. 1998. Present/Last Known position: Scientist, US FDA

Diedra Montague, Pharmacology, Ph.D., 1999. Present position: Medical Sciences Representative, Bristol-Myers Squibb.

Elaine Arrington Gay, Neurobiology, Ph.D., 2003. Present Position: Postdoctoral fellow, NIH/NIEHS.

Amy Jassen, Neurobiology, Ph.D. 2003. Present position: Postdoctoral fellow, Harvard University.

Karen Neitzel, Neurobiology, Ph.D. 2004. Present position: Postdoctoral fellow, Emory University.

Jessica Ryman, Toxicology, Ph.D. 2004. Present position: Postdoctoral fellow, North Carolina State University.

Sarah Leonard, Pharmacology, Ph.D. 2004 Present position: Postdoctoral fellow, Wyeth Pharmaceuticals, Inc.

Scott Oloff, Pharmacology, Ph.D. 2005. Present Position: Research Scientist, Biogen, Inc.

Justin Corey Fowler, Medicinal Chemistry, Ph.D 2006. Present Position: Post-doc, Vanderbilt University.

Jonathan Urban, Toxicology, Ph.D. 2006. Present Position: Consulting Toxicologist, ChemRisk Inc..

Justin Brown, IBMS/Pharmacology (Ph.D expected 2007).

### Honors Undergraduates:

Dalliah Black, UNC B.S., Biology, 1994. Present/Last Known position: M.D., Fellow in Surgery, UNC Hospitals.

J. Scott Overcash, UNC B.S., Biology, 1996. Present/Last Known position: M.D., UNC School of Medicine, 2000; Resident in Emergency Medicine, University of North Carolina Hospitals.

Clifford Peck, UNC B.S., Biology, 1996. Present/Last Known position: M.D., University of North Carolina School of Medicine, 2000.

Eric Volckmann, UNC B.S., Biology, 1998. Present/Last Known position: M.D., University of North Carolina School of Medicine, 2002

Subha Airan, UNC B.S., Biology, 2000. Present/Last Known position: MS IV, University of Maryland School of Medicine

Mehul Raval, UNC B.S., Biology, 2000. Present/Last Known position: MS IV, Wake Forest University School of Medicine

Olivia Granillo, UNC B.S., Biology, 2003. Current position: M.D./Ph.D. Student, Duke University

[Current: Meredith Gilliam, UNC B.S. Chemistry 2007; Michelle Oppenheim, UNC B.S. Chemistry 2007.]

# EXHIBIT B

## **EXHIBIT B**

- U.S. Patent No. 4,843,086

- U.S. Patent No. 4,886,812

- U.S. Application Serial No. 747,748

- EP Application 0 207 696

- BOE00075129-62