# EXHIBIT F

# CONFIDENTIAL EXHIBIT

# CONFIDENTIAL EXHIBIT