IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL<br>GMBH and BOEHRINGER INGELHEIM<br>PHARMACEUTICAL, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-700-JJF |
| | : | |
| BARR LABORATORIES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| BOEHRINGER INGELHEIM INTERNATIONAL<br>GMBH and BOEHRINGER INGELHEIM<br>PHARMACEUTICAL, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 05-854-JJF |
| v. | : | |
| | : | |
| MYLAN PHARMACEUTICALS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## O R D E R

WHEREAS, the Court held a teleconference in the above captioned matter on Tuesday, December 18, 2007;

WHEREAS, the Parties have indicated to the Court that there are no pending matters that require the Court's attention;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A pretrial conference shall be held on **Thursday, February 7, 2008 at 10:00 a.m.**

2) Trial shall commence on **March 10, 2008 at 9:30 a.m.** in Courtroom No. 4B, Boggs Federal Building, Wilmington, Delaware.

3) Plaintiffs' Motion to Strike the Expert Report of Dale H. Hoscheit, Esquire (D.I. 153 in Civil Action No. 05-700) is **DENIED** as moot.

4) Plaintiffs' Motion to Strike Portions of Barr's Expert Reply Reports (D.I. 168 in Civil Action No. 05-700; D.I. 35 in Civil Action No. 05-854) is **DENIED** as moot.

December $\lambda$|, 2007
DATE

UNITED STATES DISTRICT JUDGE