IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No.: 05-0854 (KAJ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Kevin J. Culligan of the law firm of Heller Ehrman LLP to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

                                                  */s/ Mary B.Matterer*
                                                  Mary B. Matterer (#2696)
                                                  **MORRIS JAMES LLP**
                                                  500 Delaware Avenue, 15th Floor
                                                  Wilmington, DE 19801
                                                  (302) 888-6960
                                                  mmatterer@morrisjames.com

Dated:   January 25, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: January 22, 2008

Signed: /s/ Kevin J. Culligan
Kevin J. Culligan, Esq.
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
(212) 832-8300