IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (JJF) CONSOLIDATED |
| v. | ) ) | |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | C.A. No. 05-854 (JJF) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

## **PLAINTIFFS' TRIAL EXHIBIT LIST**

OF COUNSEL:
Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim International Gmb and*
*Boehringer Ingelheim Pharmaceuticals, Inc.*

March 10, 2008

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 3 | BOE00000001-BOE00000015 | | U.S. Patent 4,886,812 | |
| TX 9 | BOE00849171-BOE00849178 | 06/26/84 | Tatigkeitsbericht II/1984 (Quarterly Report) | |
| TX 35 | BOE00849191-BOE00849203 | 09/20/84 | Tatigkeitsbericht III/1984 (Quarterly Report) | |
| TX 40 | BOE00849213-BOE00849224 | 12/17/84 | Tatigkeitsbericht IV/1984 (Quarterly Report) | |
| TX 41 | BOE00849164-BOE00849170 | 03/29/85 | Tatigkeitsbericht I/1985 (Quarterly Report) | |
| TX 42 | BOE00849179-BOE00849190 | 05/28/85 | Tatigkeitsbericht II/1985 (Quarterly Report) | |
| TX 43 | BOE00849225-BOE00849236 | 12/16/85 | Tatigkeitsbericht IV/1985 (Quarterly Report) | |
| TX 46 | BARR000065-BARR000427 | | U.S. Patent 4,731,374 File History | |
| TX 50 | BOE00849204-BOE00849212 | 10/02/85 | Tatigkeitsbericht III/1985 (Quarterly Report) | |
| TX 64 | BARR194696-BARR194712 | 05/09/06 | Analytical Method Validation Report Pramipexole Dihydrochloride Monohydrate Drug Substance – Enantiomeric Purity and Pramipexole Dihydrochloride Tablets, 0.125 mg, 0.25 mg, 0.5 mg, 1.0 mg, 1.0 mg and 1.5 mg - HPLC | |
| TX 99 | BARR000615-BARR000925 | | U.S. Patent 4,886,812 File History | |
| TX 106 | BOE00037394-BOE00037531 | 01/1993 | Pramipexole in Parkinson's Disease Product Development Plan First Edition January, 1993 | |
| TX 136 | BARR015768-BARR015782 | 02/15/05 | Pramipexole Dihydrochloride Tablets, 0.25 MG Bio-Committee Meeting Notes | |
| TX 139 | BARR018656-BARR018664 | | Barr Labs Inc: Product Development Information Summary | |
| TX 142 | BARR208390-BARR208455 | 10/15/04 | E-mail to W. Kwok, E. Noble Gray from L. O'Dea re Pramipexole Dihydrochloride Monohydrate/Amino Chemicals Ltd. Technical Package | |
| TX 145 | GYMA000001- | 05/2004 | Email with attachment of Amino: Pramipexole Technical Package | |

2

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 146 | GYMA000030 | | | |
| TX 152 | GYMA000440-GYMA000490 | 09/01/04 | Email to G. Yen, J. Kover, and S. Indahl from G. Yen enclosing Technical Dossier for Pramipexole | |
| TX 153 | GYMA000495-GYMA000497 | 10/15/04 | Email to J. Kover and G. Yen from S. Indahl re Pramipexole information request | |
| TX 154 | GYMA000038 | 10/20/04 | Email to S. Indahl from P. Munoz re Pramipexole/Amino | |
| TX 157 | GYMA000063-GYMA000066 | 11/01/04 | Email to S. Indahl from Gyma Administrative Office re attached letter re Pramipexole Dihydrochloride Monhydrate/Amino Chemicals Ltd. | |
| TX 206 | BARR032187-BARR032190 | 03/02/06 | Email to G. Yen, H. Prisco, E. Noble Gray, L. O'Dea and P. Costa from W. Kwok re attached list of requests for Amino re Pramipexole Dihydrochloride Monohydrate | |
| TX 209 | BARR195178-BARR195180 | 05/01/06 | Change Control for Finished Product Test Method & Specs Pramipexole Dihydrochloride Tablets, All Strengths 0 Update QC Specification Sheets and MTH-684 | |
| TX 223 | BARR022807-BARR023189 | | Excerpts from Abbreviated New Drug Application Chemistry, Manufacturing and Controls: Drug Substance | |
| TX 227 | BARR018493-BARR018651 | 10/16/06 | Notice of Deposition of Barr Laboratories, Inc. Pursuant to Fed. R.Civ.P. 30(b)(6) | |
| TX 228 | BARR049897-BARR049925 | 01/09/06 | Product Development Report for Pramipexole Dihydrochloride Tablets, 0.125 mg, 0.25 mg, 1 mg & 1.5 mg | |
| TX 229 | BARR016120-BARR016168 | 05/2004 | Pramipexole Dihydrochloride Monohydrate  Technical Package | |
| TX 261 | BARR142577-BARR142607 | 07/2004 | Pramipexole Dihydrochloride Monohydrate/Amino Chemicals Ltd. Technical Package | |
| TX 262 | | 03/02/06 | Investor Presentation | |
| TX 263 | BARR014162-BARR014163 | 8/30/06 | Barr Pharmaceuticals Inc. Form 10-k Annual Report Filed 8/30/2006 for Period Ending 6/30/2006 | |
| TX 264 | BARR014167-BARR014168 | 04/09/02 | Dopamine Agonists discussed as treatment option for Restless Legs Syndrome | |
| TX 265 | BARR014172- | 11/27/02 | Pramipexole now in Clinical Development for Restless Legs Syndrome indication | |
| | | 04/30/04 | Study Demonstrates Mirapex/Sifrol (pramipexole) induces Rapid Relief | |

3

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 266 | BARR014173 | | from Restless Legs Syndrome | |
| TX 275 | BARR014134-BARR014137 | 1999 | Mirapex for Restless Legs Syndrome or Periodic Limb Movements of Sleep | |
| TX 276 | BARR022395-BARR022398 | 05/26/05 | Letter to Center for Drug Evaluation and Research from Barr re Abbreviated new drug application 0.25 mg | |
| TX 277 | BARR026516-BARR026520 | 06/23/05 | Letter to Center for Drug Evaluation and Research from Barr re: Abbreviated new drug application 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, 1.5 mg | |
| TX 278 | BARR042773-BARR042849 | | Abbreviated New Drug Application 0.25 mg Comparison between Generic Drug and Reference listed Drug | |
| | BARR0208826 | | Abbreviated New Drug Application: Bioequivalency Amendment to ANDA # 77-605 Pramipexole Tablets: 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, 1.5 mg | |
| TX 279 | BARR194333-BARR194364 | | Product Development Report for Pramipexole Tablet 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, 1.5 mg | |
| TX 281 | BARR049063-BARR049112 | 08/18/04 | Letter to S. Indahl from G. Yen re enclosed Pramipexole Dihydrochloride Monohydrate/Amino Chemicals Ltd. Technical Package | |
| TX 283 | BARR020781-BARR020783 | 2/16/2006 | Minor Amendment ANDA 77-724 | |
| TX 284 | BARR209163-BARR209239 | | Minor Amendment ANDA 77-724 | |
| TX 286 | BARR000428-BARR000614 | | Pramipexole Tablets 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, and 1.5 mg U.S. Patent 4,843,086 File History | |
| TX 287 | | | Alexander M. Klibanov CV | |
| TX 291 | | | Excerpt of The Condensed Chemical Dictionary Tenth Edition | |
| TX 292 | | 1976 | Excerpt of the Merck Index Ninth Edition 1976 | |
| TX 293 | | 1983 | Excerpt of the Merck Index Tenth Edition 1983 | |
| TX 294 | | 01/03/07 | Letter to Kenneth Schuler from Jessamyn Berniker re proposed claim constructions for terms/phrases | |
| TX 295 | BOE00001102-BOE00001201 | | Dr. Schneider's Lab Notebook | |
| TX 301 | BOE0002910-BOE0002999 | | Spreadsheet | |
| TX 302 | BOE00003087-BOE0003102 | | Prescription Spreadsheet | |

4

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 305 | BOE00881507 | 02/2007 | Performance Metrics Overview by Diagnoses | |
| TX 310 | BARR209593 | | IMS Health National Disease & Therapeutic Index | |
| TX 311 | | | National Institute of Neurological Disorders and Stroke Myoclonus Fact Sheet | |
| TX 312 | | | ICD9DATA.COM website printout | |
| TX 313 | BOE00002701-BOE00002721 | 01/27/06 | Mirapex Weekly Report | |
| TX 314 | BOE00677589-BOE00677614 | 10/28/05 | Mirapex RLS 2006 Business Plan | |
| TX 315 | BOE00806859-BOE00806914 | 10/10/05 | U.S. Marketing Plan 2006 Mirapex – Parkinson's Disease | |
| TX 326 | | 8/07 | Aiken, C., Pramipexole in Psychiatry: A Systematic Review of the Literature, J Clin Psychiatry 68:8, August 2007 | |
| TX 400 | | 12/11/06 | Notice of Deposition of Mylan Pharmaceuticals, Inc. Pursuant to Fed.R.Civ. P. 30(b)(6) | |
| TX 401 | MYL0000140 | 08/26/05 | Letter from S. Talton to G. Buehler Regarding Mylan Certifications | |
| TX 402 | MYL0000141 | | Table of Comparison | |
| TX 403 | MYL0002296 | 07/01/04 | Mylan Pharmaceuticals Inc. Phase II New Product Selection Product/Market Overview | |
| TX 404 | MYL0002305 | | Mylan Pharmaceuticals Inc. 3 Year Plan | |
| TX 405 | MYL0002297 | | Pramipexole (Mirapex) Pharmacia & Upjohn (Sales, Trends and Shares of Pramipexole) | |
| TX 406 | BARR000011-BARR000020 | 09/12/05 | Barr's Notice Letter to Boehringer | |
| TX 407 | | 03/02/06 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s First Set of Interrogatories | |
| TX 408 | | 06/22/06 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Second Set of Interrogatories | |
| TX 409 | | 08/22/06 | Defendant Barr Laboratories, Inc.'s Supplemental Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Interrogatories Nos. 3,4,5,8 and 10 | |
| TX 410 | | 09/11/06 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Third Set of Interrogatories | |

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 411 | | 01/30/07 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Fourth Set of Interrogatories | |
| TX 411-A | BARR021827-BARR021837 | 5/26/05 | New Product Launch Risk Analysis – Active Supply Product: Pramipexole Dihychloride Tablets 0.25, 0.5, 1.0, 1.5, 0.125mg Brand: Mirapex (Boehringer Ingel) Submitted: 5/26/05 | |
| TX 411-B | BARR021854-BARR021859 | | Chart: Assumptions Pramipexole Dihychloride Tablets 0.25, 0.5, 1.0, 1.5, | |
| TX 411-C | BARR060049-BARR060072 | | CI Filed Products Chart | |
| TX 411-D | BARR060076-BARR060080 | | Pramipexole Dihychloride API Cost Model | |
| TX 411-E | BARR060144-BARR060158 | 3/16/06 | Pramipexole Dihychloride – Validation and Launch Analysis | |
| TX 411-F | BARR064420-BARR064454 | 8/14/04 | Strategic Business Development | |
| TX 411-G | BARR160507-BARR160512 | | 7 Yr. Summary $ - SherlockFY06 | |
| TX 412 | | 02/09/06 | Defendant's Objections and Responses to Plaintiffs' First Set of Interrogatories to Mylan | |
| TX 413 | | 10/16/06 | Defendant's Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories to Mylan | |
| TX 414 | | 10/16/06 | Defendant's Objections and Responses to Plaintiffs' Second Set of Interrogatories to Mylan | |
| TX 415 | | 10/16/06 | Defendant's Objections and Responses to Plaintiffs' Third Set of Interrogatories to Mylan | |
| TX 416 | | 01/08/07 | Defendant's Objections and Responses to Plaintiffs' Fourth Set of Interrogatories to Mylan | |
| TX 417 | MYL00002176-MYL00002212 | | Mylan's Proposed Product Label Insert | |
| TX 418 | MYL0003931-MYL0003984 | | Mylan's Proposed Product Label for Pramipexole | |
| TX 419 | BOE00881432-BOE00881467 | 11/07/06 | Boehringer's Revised Product Label for Mirapex | |

6

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 420 | BARR023323-BARR023341 | 05/2005 | Barr's Proposed Product Label for Pramipexole | |
| TX 421 | BARR027051-BARR027069 | 06/2005 | Barr's Proposed Product Label for Pramipexole | |
| TX 422 | BARR208788-BARR208806 | 08/2006 | Barr's Revised Proposed Product Label for Pramipexole | |
| TX 423 | BOE00881649-BOE00881817 | 06/24/85 | Certified copy of 06/747,748 Eli Lilly Patent Application File History (Abandoned) | |
| TX 424 | | 12/11/07 | USPTO Website Printout: Patent Terms Extended Under 35 USC §156 | |
| TX 425 | BYR000059 | 03/02/05 | Email to Venkatesh from Kelley (for N. Cola) re Pramipexole/Mylan Pharmaceuticals | |
| TX 426 | BOE00001351-BOE00001430 | 11/12/92 | Agreement between Boehringer Ingelheim International GMBH and The Upjohn Co | |
| TX 427 | BOE00001432-BOE00001449 | 07/02/97 | Co-Promotion Agreement between Pharmacia & Upjohn Co and Boehringer Ingelheim Pharmaceuticals, Inc | |
| TX 428 | BOE00001451-BOE00001457 | 07/14/97 | Supply Agreement between Pharmacia & Upjohn Caribe, Inc. and Boehringer Ingelheim International GmbH | |
| TX 429 | BOE00001481-BOE00001518 | 12/01/03 | Toll Manufacturing Agreement Between Pfizer Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. | |
| TX 430 | BOE00000048-BOE00000051 | 03/06/06 | Certified copy of Patent Assignment Records for 4,866,812, 4,843,086 and 4,731,374 | |
| TX 431 | BOE00000052-BOE00000053 | 03/06/06 | Certified copy of Patent Assignment Records for D-7950 | |
| TX 432 | BOE00000054-BOE00000072 | | Patent Assignment Records | |
| TX 433 | BOE00881818-BOE00881857 | 08/2007 | Performance Metrics Overview by Diagnoses | |
| TX 434 | BOE00881858-BOE00881897 | | PD Market: Mirapex NRxs (Factored for PD) | |
| TX 435 | BOE00881898-BOE00881937 | 08/2007 | Market Information: RLS Market: NRxs (Factored for RLS) | |
| TX 436 | BOE00881348-BOE00881396 | 2007 | Mirapex Parkinson's Disease Brand Plan | |
| TX 437 | | | Curriculum Vitae of Charles Warren Olanow, M.D., F.R.C.P. (C) | |
| TX 438 | | | Ehringer H, Hornykiewicz O. Distribution of noradrenalin and dopamine | |

7

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 439 | | 2004 | (3-hydroxytyramine) in the human brain and their behavior in diseases of the extrapyramidal system. Klin Wochenschr. 960;38:1236-1239 Olanow CW. The Scientific Basis for the Current Treatment of Parkinson's Disease. Annu. Rev. Med. 2004;55:41-60 | |
| TX 440 | | 1967 | Cotzias GC, Van Woert MH, Schiffer LM. Aromatic amino acids and modification of parkinsonism. New Engl. J. Med. 1967;276:374-379 | |
| TX 441 | | 2004 | Olanow CW, Agid Y, Mizuno Y, et al. Levodopa in the Treatment of Parkinson's Disease: Current Controversies. Movement Disorders. Vol. 19: No. 9, 2004, 997-1005 | |
| TX 442 | | 1974 | Calne DB, Teychenne PF, Claveria LE et al. Bromocriptine in Parkinsonism. Br. Med. J. 1974; 4: 442-444 | |
| TX 443 | | 1998 | Calne DB, Burton K, Beckman J, Martin WR. Dopamine Agonists and Neuroprotection in Parkinson's Disease. Ann. Neurol. 1998;44:S167-74 | |
| TX 444 | | 1992 | Mierau J, Schingnitz G. Biochemical and pharmacological studies on pramipexole, a potent and selective dopamine D2 receptor agonist. Eur J Pharmacol. 1992;215:161-70 | |
| TX 445 | BOE00664295- BOE00664305 | 1998 | Piercey MF. Pharmacology of Pramipexole, a Dopamine D3-Preferring Agonist Useful in Treating Parkinson's Disease. Clin. Olanow Expert Report Appendix Neuropharmacol. 1998;21:141-51 | |
| TX 446 | | 2007 | Dewey RB 2nd, Reimold SC, O'Suilleabhain PE. Cardiac valve regurgitation with pergolide compared with nonergot agonists in Parkinson disease. Arch Neurol. 2007;64:377-80 | |
| TX 447 | | 1997 | Parkinson Study Group. Safety and Efficacy of Pramipexole in Early Parkinson Disease. A Randomized Dose-Ranging Study. JAMA. 1997;278:125-30 | |
| TX 448 | | 1997 | Lieberman A, Ranhosky A, Korts D. Clinical evaluation of pramipexole in advanced Parkinson's disease: results of a double-blind, placebo-controlled, parallel-group study. Neurology. 1997;49:162-8 | |
| TX 449 | BOE00640082- BOE00640087 | 1999 | Pinter MM, Pogarell O, Oertel WH. Efficacy, safety, and tolerance of the non-ergoline dopamine agonist pramipexole in the treatment of advanced Parkinson's disease: a double-blind, placebo-controlled, randomized, multicentre study. J Neurol, Neurosurg, Psychiatry. 1999;66:436-441 | |

8

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 450 | BOE00640606-BOE00640613 | 1998 | Wermuth L and the Danish Pramipexole Study Group. A double-blind, placebo-controlled, randomized, multi-center study of pramipexole in advanced Parkinson's disease. Eur. J. Neurol. 1998; 5:235-242 | |
| TX 451 | BOE00655728-BOE00655733 | 1997 | Guttman M for the International Pramipexole-Bromocriptine Study Group. Double-blind comparison of pramipexole and bromocriptine treatment with placebo in advanced Parkinson's disease. Neurology 1997;49:1060-5 | |
| TX 452 | | 1999 | Kunig G, Pogarell O, Moller JC, Delf M, Oertel WH. Pramipexole, a nonergot dopamine agonist, is effective against rest tremor in intermediate to advanced Parkinson's disease. Clin Neuropharmacol. 1999;22:301-5 | |
| TX 453 | | 2000 | Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: A Randomized Controlled Trial. JAMA. 2000;284:1931-8 | |
| TX 454 | | 2001 | Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: a 4-Year Randomized Controlled Trial. Arch Neurol. 2004;61:1044-53 | |
| TX 455 | | 2005 | Olanow CW, Watts RL, Koller WC. An algorithm (decision tree) for the management of Parkinson's disease (2001): Treatment guidelines. Neurology 2001; 56:S1-S88 | |
| TX 456 | | 2005 | Hely MA, Morris JG, Reid WG, Trafficante R. Sydney Multicenter Study of Parkinson's Disease: Non-L-Dopa-Responsive Problems Dominate at 15 Years. Mov. Disord. 2005;20:190-9 | |
| TX 457 | | 2004 | Schapira AH, Olanow CW. Neuroprotection in Parkinson Disease: Mysteries, Myths, and Misconceptions. JAMA. 2004;291:358-64 | |
| TX 458 | | 2006 | Suchowersky O, Gronseth G, et al. Practice Parameter: Neuroprotective strategies and alternative therapies for Parkinson disease (an evidence-based review): Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006;66:976-82 | |
| TX 459 | | 2005 | Goetz CG, Poewe W, Rascol O, Sampaio C. Evidence-Based Medical Review Update: Pharmacological and Surgical Treatments of Parkinson's Disease: 2001 to 2004. Mov. Disord. 2005;20:523-39 | |

9

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 460 | BOE00711520-BOE00711544 | 2003 | Schapira AHV, Olanow CW. Rationale for the use of dopamine agonists as neuroprotective agents in Parkinson's disease. Ann. Neurol. 2003; 53 (suppl 3): 149-159 | |
| TX 461 | | 1998 | Olanow CW, Jenner P, Brooks D. Dopamine agonists and neuroprotection in Parkinson's disease. Ann Neurol. 1998 Sep;44 (3 Suppl 1):S167-74 | |
| TX 462 | | 2001 | Le Wei-Dong, Jankovic J. Are Dopamine Receptor Agonists Neuroprotective in Parkinson's Disease? Drugs and Aging 2001; 18(6) | |
| TX 463 | | 1999 | Zou L, Jankovic J, Rowe DB, et al. Neuroprotection by pramipexole against dopamine- and levodopa-induced cytotoxicity. Life Sci. 1999;64:1275-85 | |
| TX 464 | | 2002 | Schapira AH. Dopamine agonists and neuroprotection in Parkinson's disease. Eur. J. Neurol. 2002;9 Suppl. 3:7-14 | |
| TX 465 | | 2006 | Iravani MM, Haddon CO, Cooper JM, et al. Pramipexole protects against MPTP toxicity in non-human primates. J. Neurochem. 2006;96:1315-21 | |
| TX 466 | | 2000 | Takata K, Kitamura Y, Kakimura J-I, et al. Increase of Bcl-2 protein in neuronal dendritic processes of cerebral cortex and hippocampus by the antiparkinsonian drugs, talipexole and pramipexole. Brain Research. 2000; 872: 236-241 | |
| TX 467 | | 2002 | Parkinson Study Group. Dopamine Transporter Brain Imaging to Assess the Effects of Pramipexole vs Levodopa on Parkinson Disease Progression. JAMA. 2002;287:1653-61 | |
| TX 468 | | 2006 | Schapira AH, Obeso J. Timing of Treatment Initiation in Parkinson's Disease: A Need for Reappraisal? Ann. Neurol. 2006;59:559-62 | |
| TX 469 | | 2004 | Chaudhuri KR, Odin P, Olanow CW. Restless Legs Syndrome. Parthenon Publishing, London, 2004 | |
| TX 470 | | 2002 | Comella CL. Restless legs syndrome: Treatment with dopaminergic agents. Neurology. 2002; 58 (Suppl 1):S87-92 | |
| TX 471 | | 2007 | Oertel WH, Stiasny-Kolster K, Bergtholdt B, et al. Efficacy of Pramipexole in Restless Legs Syndrome: A Six-Week, Multicenter, Randomized, Double-Blind Study (Effect-RLS Study). Mov. Disord. 2007;22:213-9 | |

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 472 | | 2006 | Winkelman JW, Sethi MD, Kushida CA, et al. Efficacy and safety of pramipexole in restless legs syndrome. Neurology. 2006; 67:1034-9 | |
| TX 473 | BOE00649837-BOE00649839 | 2003 | Silber MH, Girish M, Izurieta R. Pramipexole in the Management of Restless Legs Syndrome: An Extended Study. Sleep. 2003;26(7):819-21 | |
| TX 474 | BOE00649804-BOE00649809 | 1999 | Montplaisir J, Nicolas A, Denesle R, Gomez-Mancilla B. Restless legs syndrome improved by pramipexole: A double-blind randomized trial. Neurology. 1999;52:938-43 | |
| TX 475 | | 1998 | Lin SC, Kaplan J, Burger CD, Fredrickson PA. Effect of Pramipexole in Treatment of Resistant Restless Legs Syndrome. Mayo Clin Proc. 1998;73:497-500 | |
| TX 476 | | 2006 | Montplaisir J, Fantini ML, Desautels A, et al. Long-term treatment with pramipexole in restless legs syndrome. Eur. J. Neurol. 2006;13:1306-11 | |
| TX 477 | BOE00649842-BOE00649847 | 2004 | Winkelman JW, Johnston L. Augmentation and tolerance with long-term pramipexole treatment of restless legs syndrome (RLS). Sleep Med. 2004;5(1):9-14 | |
| TX 478 | | 2006 | Partinen M, Hirvonen K, Jama L, et al. Efficacy and safety of pramipexole in idiopathic restless legs syndrome: a polysomnographic dose-finding study – the PRELUDE study. Sleep Med. 2006;7:407-17 | |
| TX 479 | | 2006 | Vignatelli L, Billiard M, Clarenbach P et al. EFNS guidelines on management of restless legs syndrome and periodic limb movement disorder in sleep. Eur. J. Neurol. 2006;13:1049-1065 | |
| TX 480 | BOE00881504 | 12/2006 | Overview by Diagnoses | |
| TX 481 | | 02/08/07 | GlaxoSmithKline. Feb. 8, 2007 Press Release; http://www.gsk.com/investors/reports/gsk_q42006/q42006.pdf | |
| TX 482 | BOE00881505 | | RLS Patient Based Model | |
| TX 483 | | | U.S. Department of Health and Human Services. Evidence Shows Fibromyalgia Pain Is Real: Experts; http://www.womenshealth.gov/news/english/536333.htm | |
| TX 484 | | 2003 | Holman AJ. Fibromyalgia and Pramipexole: Promise and Precaution. J. Rheumatol. 2003;30:2733 | |

11

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 485 | | 2005 | Holman AJ, Myers RR. A Randomized, Double-Blind, Placebo-Controlled Trial of Pramipexole, a Dopamine Agonist, in Patients With Fibromyalgia Receiving Concomitant Medications. Arthritis & Rheum. 2005;52:2495-2505 | |
| TX 486 | | 2000 | Corrigan MH, Denahan AQ, Wright CE, Ragual RJ, Evans DL. Comparison of pramipexole, fluoxetine, and placebo in patients with major depression. Depression and Anxiety. 2000;11(2):58-65 | |
| TX 487 | | 2002 | Burn DJ. Beyond the Iron Mask: Towards Better Recognition and Treatment of Depression Associated with Parkinson's Disease. Mov. Disord. 2002;17:445-54 | |
| TX 488 | | 2003 | Rektorova I, Rektor I, Bares M, et al. Pramipexole and pergolide in the treatment of depression in Parkinson's disease: a national multicenter prospective randomized study. Eur. J. Neurol. 2003;10:399-406 | |
| TX 489 | | | Curriculum Vitae of Paul A. Bartlett | |
| TX 491 | BOE00882000-BOE00882011 | 12/17/84 | English Translation of BOE00849213-BOE00849224 (TX 40) | |
| TX 492 | BOE00881958-BOE00881965 | | English Translation of BOE00849171-BOE00849178 (TX 9) | |
| TX 493 | BOE00881978-BOE00881990 | 09/20/84 | English translation of BOE00849191-BOE00849203 (TX 35) | |
| TX 494 | BOE00882012-BOE00882018 | | English translation for BOE00849164-BOE00849170 (TX 41) | |
| TX 495 | BOE00881966-BOE00881977 | 05/28/85 | English translation of BOE00849179-BOE00849190 (TX 42) | |
| TX 496 | BOE00132270-BOE00132271 | 09/06/85 | Memorandum re SND 919 CL2Y on September 4, 1985 | |
| TX 497 | BOE00881956-BOE00881957 | | English translation of BOE00132270-BOE00132271 (TX 496) | |
| TX 498 | BOE00881991-BOE00881999 | 10/02/85 | English translation of BOE00849204-BOE00849212 (TX 50) | |
| TX 499 | BOE00004167-BOE00004177 | 1985 | Bericht III/1985 – July – September 1985 Report | |

12

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 500 | BOE00881945-BOE00881955 | 1985 | English translation of BOE00004167-BOE00004177 (TX 499) | |
| TX 501 | BOE00004178-BOE00004197 | 1986 | Bericht II/1986 – April – June 1986 Report | |
| TX 502 | BOE00882019-BOE00882038 | | English translation of BOE00004178-BOE00004197 (TX 501) | |
| TX 503 | BOE00037825-BOE00037861 | 08/01/88 | SND 919 Report by Julian H. Shelley | |
| TX 504 | BOE00754889-BOE00754929 | | Mirapex Formulary Submission Dossier | |
| TX 505 | BOE00116352 | 07/1997 | First Approval, in USA, for P&U/Boehringer Ingelheim's Mirapex (Market Letter) | |
| TX 506 | BOE00822063-BOE00822083 | | Article: Restless Legs Syndrome by William Ondo, MD | |
| TX 507 | MYL00000093-MYL00000394 | 08/06/05 | Letter to M. Garcia from S. Talton enclosing "technical sections" of ANDA for Pramipexole Dihydrochloride Tablets | |
| TX 508 | BARR027009-BARR027011 | | Barr Labs: ANDA Patent Certification and Exclusivity Statement | |
| TX 509 | MYL0003771-MYL0003801 | 10/26/2005 | Letter from S. Bloodworth to M. Morris re Paragraph IV Notification of U.S. Patent No. 4,886,812 | |
| TX 510 | MYL00000395-MYL00000877 | | Section VII Components and Composition Statement Qualitative Compositions and Pharmaceutical Function of Components Pramipexole Dihydrochloride 2.5% Trituration and Pramipexole Dihydrochloride Tablets 0.125MG, 0.25MG, 1MG and 1.5 MG | |
| TX 511 | BARR026502-BARR026505 | | Barr Labs: ANDA Chemistry, Manufacturing and Controls: Drug Products | |
| TX 512 | | 03/29/07 | Curriculum Vitae of Dr. Mohan Rao | |
| TX 513 | | 2006 | Boehringer Ingelheim 2006 Annual Report | |
| TX 514 | BOE00706138-BOE00706282 | | Cognos Study #75 Parkinson's Disease | |
| TX 515 | BOE00761287- | 9/25/2005 | Pramipexole: Restless Legs Syndrome | |

13

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 516 | BOE00761337 | | Corporate Brand Plan | |
| TX 517 | BOE00846803-BOE00846866 | | Boehringer Ingheim: Mirapex Competitor War Game Briefing Packet | |
| TX 518 | BOE00881503 | | IMS Health, National Sales Perspective: Retail, Non-Ret, NDTI | |
| TX 519 | BOE00881506 | | IMS Health, National Disease and Therapeutic Index | |
| TX 520 | | 02/09/07 | Letter to Ken Schuler from Jessamyn Berniker re claim terms for construction | |
| TX 521 | | 12/16/85 | English Translation for IV/1985 Quarterly Report BOE00849225-BOE00849236 | |
| TX 522 | | 3/24/2007 | "FDA Announces Voluntary Withdrawal of Pergolide Products," FDA News, New Releases P07-54 | |
| TX 523 | | 2005 | R. Allen, A. Walters, et al., "Restless Legs Syndrome Prevalence and Impact: REST General Population Study," Archives of Internal Medicine, Volume 165, 2005, p. 1286-92 | |
| TX 524 | | | "Restless Legs Syndrome Fact Sheet," National Institute of Neurological Disorders and Stroke: www.ninds.nih.gov | |
| TX 525 | | | "Cancer Facts and Figures 2006," American Cancer Society | |
| TX 526 | | | "All About Diabetes," American Diabetes Association: www.diabetes.org/about-diabetes.jsp | |
| TX 527 | | | M. Silber, et al. "An Algorithm for the Management of Restless Legs Syndrome," Mayo Clinic Proceedings, Vol. 79(7), 2004, p. 916-922 | |
| TX 528 | BOE00708678 | | Statement of Income: Spreadsheet | |
| TX 529 | BARR026065-BARR026068 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Basis for the ANDA Submission | |
| TX 530 | BARR022417-BARR022603 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Chemistry, Manufacturing and Controls: Drug Substance | |
| TX 531 | BARR022131-BARR022287 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Bioavailablity/Bioequivalence Summary | |
| TX 532 | BARR027070-BARR027073 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Amendment for addition of 0.125mg, 0.5 mg, 1 mg, and 1.5 mg strengths | |

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| | | | Basis for the ANDA Submission | |
| TX 532 | BARR026530-BARR026651 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Amendment for addition of 0.125 mg, 0.5 mg, 1 mg, and 1.5 mg strengths Bioavailability/Bioequivalence General Information | |
| TX 533 | BARR042894-BARR042946 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Amendment for addition of 0.125 mg, 0.5 mg, 1 mg, and 1.5 mg strengths Comparison between Last Submitted and Proposed Labeling | |
| TX 534 | BARR045496-BARR045572 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Comparison between Generic Drug and Reference Listed Drug | |
| TX 535 | MYL0002161-MYL0002175 | | Pramipexole Dihydrochloride Tablets 0.125 mg Side by Side Comparison of the Bottle Label | |
| TX 536 | | 09/29/06 | Letter to Joel Neckers from David Harth re Mylan's interest in litigation | |
| TX 537 | BOE00650147-BOE00650169 | | Article: Prospective Study of Periodic Leg Movements in Prepubertal Children with Sleep Complaints | |
| TX 538 | BOE00673350-BOE00673353 | 02/27/01 | Certified copy of U.S. Patent 6,194,445 Oertel, et al. Use of Pramipexole in the Treatment of Restless Legs Syndrome | |
| TX 539 | BOE00673354-BOE00673357 | 12/14/99 | Certified Copy of U.S. Patent 6,001,861 Oertel et al. The Use of Pramipexole in the Treatment of Restless Legs Syndrome | |
| TX 540 | BOE00879936-BOE00879938 | 02/20/01 | Certified copy of U.S. Patent 6,191,153 Hammer et al. Use of 2-Amino-6-N-Propyl-Amino-4,5,6,7-Tetrahydrobenzothiazole as a pharmaceutical Composition Having an Antidepressant Activity | |
| TX 542 | | 06/15/04 | Certified Copy of U.S. Patent 6,750,235 Rosenbaum Pramipexole as a Treatment for Cocaine Craving | |
| TX 543 | | 07/22/97 | Certified copy U.S. Patent 5,650,420 Hall et al. Pramipexole as a Neuroprotective Agent | |
| TX 544 | | 10/09/01 | Certified copy of U.S. Patent 6,300,365 Holman Use of Dopamine D2/D3 Receptor Agonists to Treat Fibromyalgia | |

15

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 545 | BOE00649690-BOE00649708 | | Presentation: Boehringer Ingelheim Slides on LCM | |
| TX 546 | BOE00001459-BOE00001479 | 10/15/02 | Transition Agreement between Boehringer Ingelheim International GmbH and Pfizer Inc. | |

16

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on March 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer
>MORRIS JAMES LLP
>
>Adam Wyatt Poff
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Wilmington, DE 19801

Adam Wyatt Poff, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Glenn J. Pfadenhauer, Esquire
Jessamyn S. Berniker, Esquire
Dov P. Grossman, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Shannon M. Bloodworth, Esquire
HELLER EHRMAN LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

David J. Harth, Esquire
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, WI 53703

/s/ *Maryellen Noreika*

Maryellen Noreika (#3208)